Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | Jonathan | Laura |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name | First name |
| | | David | Oglesby |
| | | Middle name | Middle name |
| | | Gaspard | Gaspard |
| | | Last name | Last name |
| | | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years** | First name | First name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | Middle name | Middle name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Last name | Last name |
| | | Business name (if applicable) | Business name (if applicable) |
| | | Business name (if applicable) | Business name (if applicable) |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **1 4 8 0** OR 9xx - xx - ___ ___ ___ | xxx - xx - **1 5 6 5** OR 9xx - xx - ___ ___ ___ |

Debtor 1 **Jonathan** **David** **Gaspard**
Debtor 2 **Laura** **Oglesby** **Gaspard**

First Name   Middle Name   Last Name

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

**5.** **Where you live**

**1532 Tiffany Forest Ln**
Number        Street

_____

**Grapevine, TX 76051**
City            State   ZIP Code

**Tarrant**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City            State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number        Street

_____

_____
City            State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City            State   ZIP Code

**6.** **Why you are choosing *this* district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

| **Part 2:** | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | Jonathan | David | Gaspard | | |
|---|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | | Case number (if known) _____ |
| | First Name | Middle Name | Last Name | | |

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?    _____

Number        Street

_____

_____        _____    _____

City                                                State        ZIP Code

| Debtor 1 | Jonathan | David | Gaspard | |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Jonathan David Gaspard**
Jonathan David Gaspard, Debtor 1
Executed on **11/25/2025**
MM/ DD/ YYYY

X **/s/ Laura Oglesby Gaspard**
Laura Oglesby Gaspard, Debtor 2
Executed on **11/25/2025**
MM/ DD/ YYYY

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Clayton L. Everett**

Signature of Attorney for Debtor

Date **11/25/2025**
MM / DD / YYYY

**Clayton L. Everett**
Printed name

**Norred Law, PLLC**
Firm name

**515 E. Border**
Number        Street

**Norred Law, PLLC**

**Arlington**                                  **TX**    **76010**
City                                                State    ZIP Code

Contact phone **(817) 704-3984**        Email address **clayton@norredlaw.com**

**24065212**                                  **TX**
Bar number                                    State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **Home**
Street address, if available, or other description

**1532 Tiffany Forest Ln**

**Grapevine, TX 76051**
City          State     ZIP Code

**Tarrant**
County

If you own or have more than one, list here:

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Source of Value:** Value is average between Tarrant County Appraisal District and Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**
$516,718.00                    $516,718.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

Debtor   **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                    Case number *(if known)* _____

| | |
|---|---|
| 1.2 **Non-Primary Residence** | **What is the property?** Check all that apply. |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**What is the property?** Check all that apply.

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

**Source of Value:**
Value is average between Pennington County Appraisal District and Zillow

1.2  **Non-Primary Residence**
Street address, if available, or other description

**1019 Herman Street**

**Rapid City, SD 57701**
City            State      ZIP Code

**Pennington**
County

**Current value of the entire property?**            **Current value of the portion you own?**
$266,500.00                    $266,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................................................... ➔ | $783,218.00 |

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make:   **Land Rover**

Model:   **Range Rover**

Year:   **2019**

Approximate mileage:   **72,814**

Other information:

**Source of Value: NADA
Valuation by NADA
VIN: SALGS5RE6KA535831**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**
$39,660.00                    $39,660.00

If you own or have more than one, describe here:

Debtor   Gaspard, Jonathan David; Gaspard, Laura Oglesby          Case number *(if known)* _____

| 3.2 | | | |
|---|---|---|---|

Make: **Lincoln**

Model: **Aviator**

Year: **2023**

Approximate mileage: **35,656**

Other information:

Source of Value: NADA
Valuation by NADA
VIN: 5LM5J7XC9PGL01517

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$48,478.00** | **$48,478.00** |

**4.   Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | | | |
|---|---|---|---|

Make: **Jayco**

Model: **31f Redhawk**

Year: **2021**

Other information:

Source of Value: NADA
Valuation by NADA
VIN: 1FDXE4FN5MDC22425

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$67,200.00** | **$67,200.00** |

**5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...........................................................➔          **$155,338.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.   Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

Sectional sofa, loveseats, armchairs, coffee/end tables, lamps, rugs, décor, entertainment consoles, farmhouse table & chairs (8), buffet/sideboard, barstools (4), beds, dressers, nightstands, lamps, linens, baby bassinet, desk, computer chair, filing cabinet, cookware, small kitchen appliances, kitchenware, houseware, outdoor cushioned sofa set, chaise lounges, chairs, tables, Coyote stainless grill, poolside furniture, console tables, mirrors, shelving, accent furniture, upright freezer, spare fridge, shelves, bins, household tools.

**$7,500.00**

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby** _____  Case number *(if known)* _____

---

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   | **Flat-screen televisions (3), laptops (2), computer, printer, record player console, misc. small electronics** | **$750.00** |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | **Books, prints, knick-knacks** | **$200.00** |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | **Bowflex adjustable dumbbells & stand, extra dumbbells, mats, yoga gear, bicycles (adult & kids), camping gear (tents & packs), pool Toys & accessories** | **$650.00** |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | **Ruger Lc9s (9mm Pistol), Smith & Wesson Bodyguard .380, ammo Taurus Slim 9mm, 12-Gauge Shotgun** | **$725.00** |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | **Clothing, shoes, accessories** | **$700.00** |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | **Wedding rings, Bracelets, minimal value watches, costume Jewelry, adapearl necklace, everyday jewelry** | **$4,000.00** |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

    | | |

---

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**         Case number *(if known)* _____

---

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☑ Yes. Give specific
    information. .............

| Musical instruments (professional musician income): Tobias Growler bass (1990s), Skjold custom 5-string bass, digital keyboard, acoustic guitar <br><br> Construction tools (roofing/carpentry): skill saw, reciprocating saw, wet saw, collapsible table saw, cordless drills (2), finish nail gun, framing gun, air compressor, sanders, hoses, cords, hand tools, hammers, screwdrivers, levels, wrenches | $2,100.00 |

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................................  ➡  | $16,625.00 |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** <br> Do not deduct secured claims or exemptions. |

---

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ............................................................................................................................  Cash: ...................  | $40.00 |

---

Debtor    **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                        Case number *(if known)* _____

---

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking account: | **Chase**<br>**Account Number: 8583** | **$1,308.03** |
| 17.2. | Checking account: | **Chase**<br>**Account Number: 0043** | **$250.95** |
| 17.3. | Checking account: | **Chase**<br>**Account Number: 4083** | **$378.06** |
| 17.4. | Checking account: | **Texas Security Bank**<br>**Account Number: 4827** | **$160.00** |
| 17.5. | Savings account: | **Chase**<br>**Account Number: 2712** | **$0.01** |
| 17.6. | Savings account: | **Chase**<br>**Account Number: 3887** | **$921.11** |
| 17.7. | Savings account: | **HSA Bank** | **$407.40** |
| 17.8. | Other financial account: | **Coinbase**<br>**Account Number: 0000** | **$1.70** |
| 17.9. | Other financial account: | **Crypto**<br>**Account Number: 0000** | **$89.63** |
| 17.10. | Other financial account: | **Fundrise**<br>**Account Number: 0864** | **$1,610.00** |
| 17.11. | Other financial account: | **Oanda**<br>**Account Number: 3901** | **$58.25** |
| 17.12. | Other financial account: | **Robinhood**<br>**Account Number: 2189** | **$1,808.35** |
| 17.13. | Other financial account: | **Robinhood**<br>**Account Number: 1348** | **$141.31** |
| 17.14. | Other financial account: | **Trust**<br>**Account Number: 0000** | **$18.50** |
| 17.15. | Other financial account: | **Cash App 1 - No cash value** | **$0.00** |
| 17.16. | Other financial account: | **Cash App 2 - No cash value** | **$0.00** |
| 17.17. | Other financial account: | **PayPal Account** | **$34.82** |
| 17.18. | Other financial account: | **Venmo Account 1** | **$0.12** |
| 17.19. | Other financial account: | **Venmo Account 2** | **$9.58** |

---

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                    Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .................... Institution or issuer name:

_____     _____

_____     _____

_____     _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific
information about
them....................        Name of entity:                                    % of ownership:

      **Chelmsford NRH LLC (defunct)**                         **100.00%**        **$0.00**

      **Gaspard & Menon Construction LLC**                      **47.50%**         **$0.00**

      **Gaspard Properties LLC**                                **100.00%**        **$0.00**

      **Gaspard Roofing LLC (defunct)**                         **100.00%**        **$0.00**

      **Shadow Ridge LLC (TX)**                                 **100.00%**        **$0.00**

      **Shadow Rock LLC (DE)**                                  **100.00%**     **$1,200.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them....................        Issuer name:

_____     _____

_____     _____

_____     _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.      Type of account:       Institution name:

      IRA:                   **Premier IRA**                          **$0.00**

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                     Case number *(if known)* _____

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ..................... Institution name or individual:

Electric:  _____     _____

Gas:  _____     _____

Heating oil:  _____     _____

Security deposit on rental unit:  _____     _____

Prepaid rent:  _____     _____

Telephone:  _____     _____

Water:  _____     _____

Rented furniture:  _____     _____

Other:  _____     _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .................... Issuer name and description:

_____     _____

_____     _____

_____     _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     _____

_____     _____

_____     _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ...

| JDLO Revocable Trust | $0.00 |

---

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                    Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...  [                                    ]                    _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No

    ☑ Yes. Give specific
    information about them. ...  [ Inactive real estate license       ]                    **$0.00**

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................   [ 2025 tax refund ]      Federal:        **unknown**

                                                                State:          _____

                                                                Local:          _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........  [                ]   Alimony:              _____

                                                                    Maintenance:          _____

                                                                    Support:              _____

                                                                    Divorce settlement:   _____

                                                                    Property settlement:  _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........  [                ]                    _____

---

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                    Case number *(if known)* _____

---

31.  **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ...        Company name:            Beneficiary:              Surrender or refund value:

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MassMutual – Whole Life Insurance (Policy No. 21105759)** | **JDLO Revocable Trust** | **$7,999.82** |
| **MassMutual - Whole Life Legacy 100 (Policy No. 21153112)** | **JDLO Revocable Trust** | **$4,895.79** |
| **MassMutual - Whole Life Legacy HECV (Policy No. 22442438)** | **JDLO Revocable Trust** | **$36,860.05** |
| **MassMutual - Whole Life Legacy HECV (Policy No. 22447210)** | **JDLO Revocable Trust** | **$37,925.22** |
| **MassMutual- Whole Life Legacy HECV (Policy No. 22442445)** | **JDLO Revocable Trust** | **$57,201.02** |

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35.  **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................................  ➔        $153,319.72

---

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                    Case number *(if known)* _____

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........            [                                    ]          _____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........            [                                    ]          _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........            [                                    ]          _____

41.  **Inventory**

☑ No

☐ Yes. Describe. .........            [                                    ]          _____

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

_____    _____          _____

_____    _____          _____

_____    _____          _____

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe. .........            [                                    ]          _____

Debtor  **Gaspard, Jonathan David; Gaspard, Laura Oglesby**　　　　　　　Case number *(if known)* _____

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____　　　_____

_____　　　_____

_____　　　_____

_____　　　_____

_____　　　_____

_____　　　_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** .................................................................................................... ➔ | **$0.00** |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ......................... | | _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............ | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... | | _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... | | _____

Debtor **Gaspard, Jonathan David; Gaspard, Laura Oglesby**                    Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............  [                                        ]    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
**for Part 6. Write that number here** ................................................................➔   | **$0.00** |

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............  [                                        ]    _____
                                                                        _____
                                                                        _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............➔   | **$0.00** |

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...........................................................................➔   | **$783,218.00** |

56. **Part 2: Total vehicles, line 5**                                   $155,338.00

57. **Part 3: Total personal and household items, line 15**              $16,625.00

58. **Part 4: Total financial assets, line 36**                          $153,319.72

59. **Part 5: Total business-related property, line 45**                 $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61. **Part 7: Total other property not listed, line 54**           +     $0.00

62. **Total personal property.** Add lines 56 through 61. ...............   | $325,282.72 |   Copy personal property total ➔   | + $325,282.72 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................   | **$1,108,500.72** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Home**<br>**1532 Tiffany Forest Ln**<br>**Grapevine, TX 76051**<br><br>Line from *Schedule A/B:* **1.1** | **$516,718.00** | ☑ **$100,195.19**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2019 Land Rover Range Rover** VIN: **SALGS5RE6KA535831** **Valuation by NADA** <br> Line from *Schedule A/B*: **3.1** | $39,660.00 | ☑ $39,660.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2023 Lincoln Aviator** VIN: **5LM5J7XC9PGL01517** **Valuation by NADA** <br> Line from *Schedule A/B*: **3.2** | $48,478.00 | ☑ $48,478.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Sectional sofa, loveseats, armchairs, coffee/end tables, lamps, rugs, décor, entertainment consoles, farmhouse table & chairs (8), buffet/sideboard, barstools (4), beds, dressers, nightstands, lamps, linens, baby bassinet, desk, computer chair, filing cabinet, cookware, small kitchen appliances, kitchenware, houseware, outdoor cushioned sofa set, chaise lounges, chairs, tables, Coyote stainless grill, poolside furniture, console tables, mirrors, shelving, accent furniture, upright freezer, spare fridge, shelves, bins, household tools.** | $7,500.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* __6__ | | | |
| Brief description: **Flat-screen televisions (3), laptops (2), computer, printer, record player console, misc. small electronics** | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B:* __7__ | | | |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Books, prints, knick-knacks**<br>Line from *Schedule A/B:* **8** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bowflex adjustable dumbbells & stand, extra dumbbells, mats, yoga gear, bicycles (adult & kids), camping gear (tents & packs), pool Toys & accessories**<br>Line from *Schedule A/B:* **9** | **$650.00** | ☑ **$650.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Ruger Lc9s (9mm Pistol), Smith & Wesson Bodyguard .380, ammo**<br>Line from *Schedule A/B:* **10** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothing, shoes, accessories**<br>Line from *Schedule A/B:* **11** | **$700.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Wedding rings, Bracelets, minimal value watches, costume Jewelry, adapearl necklace, everyday jewelry**<br>Line from *Schedule A/B:* **12** | **$4,000.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Musical instruments (professional musician income): Tobias Growler bass (1990s), Skjold custom 5-string bass, digital keyboard, acoustic guitar Construction tools (roofing/carpentry): skill saw, reciprocating saw, wet saw, collapsible table saw, cordless drills (2), finish nail gun, framing gun, air compressor, sanders, hoses, cords, hand tools, hammers, screwdrivers, levels, wrenches**<br><br>Line from *Schedule A/B:* __14__ | $2,100.00 | ☑ $2,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description: **HSA Bank**<br>Savings account<br><br>Line from *Schedule A/B:* __17__ | $407.40 | ☑ $407.40<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description: **Premier IRA**<br><br>Line from *Schedule A/B:* __21__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description: **MassMutual - Whole Life Legacy HECV (Policy No. 22447210)**<br><br>Line from *Schedule A/B:* __31__ | $37,925.22 | ☑ $37,925.22<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **MassMutual – Whole Life Insurance (Policy No. 21105759)** Line from *Schedule A/B:* **31** | **$7,999.82** | ☑ **$7,999.82** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **MassMutual - Whole Life Legacy HECV (Policy No. 22442438)** Line from *Schedule A/B:* **31** | **$36,860.05** | ☑ **$36,860.05** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **MassMutual - Whole Life Legacy 100 (Policy No. 21153112)** Line from *Schedule A/B:* **31** | **$4,895.79** | ☑ **$4,895.79** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **MassMutual- Whole Life Legacy HECV (Policy No. 22442445)** Line from *Schedule A/B:* **31** | **$57,201.02** | ☑ **$57,201.02** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Gaspard, Jonathan David**                    CASE NO

**Gaspard, Laura Oglesby**                    CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $783,218.00 | $654,632.25 | $128,585.75 | $100,195.19 | $28,390.56 |
| 3. | Motor vehicle | $88,138.00 | $0.00 | $88,138.00 | $88,138.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $67,200.00 | $76,095.66 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $7,500.00 | $0.00 | $7,500.00 | $7,500.00 | $0.00 |
| 7. | Electronics | $750.00 | $0.00 | $750.00 | $750.00 | $0.00 |
| 8. | Collectibles of value | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $650.00 | $0.00 | $650.00 | $650.00 | $0.00 |
| 10. | Firearms | $725.00 | $0.00 | $725.00 | $400.00 | $325.00 |
| 11. | Clothes | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 12. | Jewelry | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $2,100.00 | $0.00 | $2,100.00 | $2,100.00 | $0.00 |
| 16. | Cash | $40.00 | $0.00 | $40.00 | $0.00 | $40.00 |
| 17. | Deposits of money | $7,197.82 | $0.00 | $7,197.82 | $407.40 | $6,790.42 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $1,200.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Gaspard, Jonathan David**                    CASE NO

        **Gaspard, Laura Oglesby**

                                               CHAPTER **7**

<u>**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**</u>

*Continuation Sheet #1*

<u>**Exemption Totals by Category:**</u>

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $144,881.90 | $0.00 | $144,881.90 | $144,881.90 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Gaspard, Jonathan David**                        CASE NO

           **Gaspard, Laura Oglesby**                          CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,108,500.72** | **$730,727.91** | **$386,668.47** | **$349,922.49** | **$36,745.98** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Gaspard, Jonathan David**                              CASE NO

**Gaspard, Laura Oglesby**                              CHAPTER **7**

**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| Non-Primary Residence | $266,500.00 | $238,109.44 | $28,390.56 | $28,390.56 |
| 1019 Herman Street Rapid City, SD 57701 | | | | |
| **Personal Property** | | | | |
| Taurus Slim 9mm, 12-Gauge Shotgun | $325.00 | $0.00 | $325.00 | $325.00 |
| Cash | $40.00 | $0.00 | $40.00 | $40.00 |
| Chase | $1,308.03 | $0.00 | $1,308.03 | $1,308.03 |
| Checking account | | | | |
| Acct. No.: 8583 | | | | |
| Chase | $250.95 | $0.00 | $250.95 | $250.95 |
| Checking account | | | | |
| Acct. No.: 0043 | | | | |
| Chase | $0.01 | $0.00 | $0.01 | $0.01 |
| Savings account | | | | |
| Acct. No.: 2712 | | | | |
| Chase | $921.11 | $0.00 | $921.11 | $921.11 |
| Savings account | | | | |
| Acct. No.: 3887 | | | | |
| Chase | $378.06 | $0.00 | $378.06 | $378.06 |
| Checking account | | | | |
| Acct. No.: 4083 | | | | |
| Texas Security Bank | $160.00 | $0.00 | $160.00 | $160.00 |
| Checking account | | | | |
| Acct. No.: 4827 | | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Gaspard, Jonathan David**                    CASE NO

**Gaspard, Laura Oglesby**                    CHAPTER **7**

**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

*Continuation Sheet #4*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| PayPal Account<br>Other financial account | $34.82 | $0.00 | $34.82 | $34.82 |
| Venmo Account 1<br>Other financial account | $0.12 | $0.00 | $0.12 | $0.12 |
| Venmo Account 2<br>Other financial account | $9.58 | $0.00 | $9.58 | $9.58 |
| Robinhood<br>Brokerage account<br>Acct. No.: 2189 | $1,808.35 | $0.00 | $1,808.35 | $1,808.35 |
| Coinbase<br>Brokerage account<br>Acct. No.: 0000 | $1.70 | $0.00 | $1.70 | $1.70 |
| Crypto<br>Brokerage account<br>Acct. No.: 0000 | $89.63 | $0.00 | $89.63 | $89.63 |
| Trust<br>Brokerage account<br>Acct. No.: 0000 | $18.50 | $0.00 | $18.50 | $18.50 |
| Oanda<br>Brokerage account<br>Acct. No.: 3901 | $58.25 | $0.00 | $58.25 | $58.25 |
| Robinhood<br>Brokerage account<br>Acct. No.: 1348 | $141.31 | $0.00 | $141.31 | $141.31 |
| Fundrise<br>Brokerage account<br>Acct. No.: 0864 | $1,610.00 | $0.00 | $1,610.00 | $1,610.00 |
| Shadow Rock LLC (DE) | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 |
| **TOTALS:** | **$1,108,500.72** | **$730,727.91** | **$386,668.47** | **$36,745.98** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Gaspard, Jonathan David**

**Gaspard, Laura Oglesby**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #5*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $1,108,500.72 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $1,108,500.72 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $730,727.91 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $730,727.91 |
| G. Total Equity (not including surrendered property) / (A-D) | $386,668.47 |
| H. Total Equity in surrendered items (B-E) | $0.00 |
| I. Total Equity (C-F) | $386,668.47 |
| J. Total Exemptions Claimed | $349,922.49 |
| K. Total Non-Exempt Property Remaining (G-J) | $36,745.98 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Jonathan**      **David**      **Gaspard** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | **Laura**      **Oglesby**      **Gaspard** | |
| (Spouse, if filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: | **Northern**   District of   **Texas** | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | Do not deduct the value of collateral. | | If any |

**2.1**

| | | |
|---|---|---|
| **EECU** | Describe the property that secures the claim: | $48,356.78 | $516,718.00 | $0.00 |
| Creditor's Name | |
| **1617 W. 7th St.** | **Home** |
| | **1532 Tiffany Forest Ln Grapevine, TX 76051** |
| Number      Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| **Fort Worth, TX 76102** | ☐ Contingent |
| City      State      ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☑ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit |
| ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ |
| ☐ **Check if this claim relates to a community debt** | |
| **Date debt was incurred** ___11/2021___ | **Last 4 digits of account number**   **4**  **0**  **1** |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$48,356.78** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2** | **GoodLeap LLC** | Describe the property that secures the claim: | **$102,396.00** | **$516,718.00** | **$0.00**

Creditor's Name

**Attn: Bankruptcy Department**

**8781 Sierra College Blvd**
Number     Street

**Roseville, CA 95661**
City     State     ZIP Code

**Home**
1532 Tiffany Forest Ln Grapevine, TX 76051

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **4/1/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)     **Unsecured**

Last 4 digits of account number     **5   7   1   3**

---

**2.3** | **Roundpoint Mortgage** | Describe the property that secures the claim: | **$265,770.03** | **$516,718.00** | **$0.00**

Creditor's Name

**PO Box 19409**
Number     Street

**Charlotte, NC 28219**
City     State     ZIP Code

**Home**
1532 Tiffany Forest Ln Grapevine, TX 76051

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **08/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)     _____

Last 4 digits of account number     **2   2   4   7**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$368,166.03** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | _____ |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **5**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.4**

**South Dakota Department of Revenue**

Creditor's Name

**445 East Capitol Avenue**

Number        Street

**Pierre, SD 57501**

City        State        ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **04/28/2025**

Describe the property that secures the claim:   $21,118.00   $266,500.00   $0.00

| Non-Primary Residence |
|---|
| 1019 Herman Street Rapid City, SD 57701 |

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Last 4 digits of account number   __ __ __ __

---

**2.5**

**U.S. Bank Trust National Association**

Creditor's Name

**1011 Centre Road**

Number        Street

**Wilmington, DE 19805**

City        State        ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **07/2023**

Describe the property that secures the claim:   $216,991.44   $266,500.00   $0.00

| Non-Primary Residence |
|---|
| 1019 Herman Street Rapid City, SD 57701 |

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Last 4 digits of account number   **1   5   4   3**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $238,109.44 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

**2.6**

| **US Bank** | Describe the property that secures the claim: | $76,095.66 | $67,200.00 | $8,895.66 |

Creditor's Name

**800 Nicollet Mall**

Number          Street

**Minneapolis, MN 55402**

City          State          ZIP Code

---

Describe the property that secures the claim:

> **2021 Jayco 31f Redhawk**
>
> **Valuation by NADA**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   01/2021

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**   5   9   4

| Add the dollar value of your entries in Column A on this page. Write that number here: | $76,095.66 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $730,727.91 |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|----------|----------|-------|---------|---------|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | Laura | Oglesby | Gaspard |
|----------|-------|---------|---------|
| | First Name | Middle Name | Last Name |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.** Serendib Solar, LLC
Name

31 Rockingham Drive
Number          Street

Newport Beach, CA 92660
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number    ___ ___ ___ ___

**2.** Shellpoint Mortgage Services
Name

PO Box 10826
Number          Street

Greenville, SC 29603
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number    ___ ___ ___ ___

**3.** Halliday, Watkins & Mann, P.C.
Name

376 East 400 South Suite 300
Number          Street

Salt Lake City, UT 84111
City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number    ___ ___ ___ ___

**Fill in this information to identify your case:**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**

Last 4 digits of account number ___ ___ ___ ___      unknown   unknown   unknown

Priority Creditor's Name

When was the debt incurred? _____

**PO Box 7346**

Number          Street

_____

**Philadelphia, PA 19101-7346**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | Jonathan | David | Gaspard | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **ABC Supply Co., Inc.**

Nonpriority Creditor's Name

**One ABC Parkway**

Number           Street

**Beloit, WI 53511**

City           State           ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**$93,480.15**

**4.2** **Allegheny Casualty Company**

Nonpriority Creditor's Name

**1 Newark Ctr Fl 20**

Number           Street

**Newark, NJ 07102**

City           State           ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**   **10/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UCC Filing Number 230045505882**

**unknown**

| Debtor 1 | __Jonathan__ | __David__ | __Gaspard__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | __Laura__ | __Oglesby__ | __Gaspard__ | |
| | First Name | Middle Name | Last Name | |

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                      Total claim

| 4.3 | **Ally** | | Last 4 digits of account number ___ ___ ___ ___ | $22,561.08 |

Nonpriority Creditor's Name

**PO Box 380902**

Number          Street

When was the debt incurred?      _____

**Minneapolis, MN 55438**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Deficiency Claim**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.4 | **American Interstate Insurance Company** | | Last 4 digits of account number ___ ___ ___ ___ | $60,277.12 |

Nonpriority Creditor's Name

**2301 Highway 190 West**

Number          Street

When was the debt incurred?      _____

**Deridder, LA 70634**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Lawsuit**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page _3_ of _25_

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.            **Total claim**

### 4.5    Amex                                                                         $54,743.00

Nonpriority Creditor's Name

**PO Box 650448**

Number            Street

**Dallas, TX 75265**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    4  2  3  3

**When was the debt incurred?**    6/1/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

### 4.6    Amrize                                                                       $550,639.39

Nonpriority Creditor's Name

**26 Century Blvd. Suite 205**

Number            Street

**Nashville, TN 37214**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    2  8  4  4

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Other Debt**

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.7   Barclays Bank

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **PO Box 19899** | |
| Number          Street | |
| | |
| **Wilmington, DE 19899** | |
| City          State          ZIP Code | |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   5  1  6  5

**When was the debt incurred?**   01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**$27,501.51**

### 4.8   Baylor Scott & White- Grapevine

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **1650 West College St.** | |
| Number          Street | |
| | |
| **Grapevine, TX 76051** | |
| City          State          ZIP Code | |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   2  1  0  6

**When was the debt incurred?**   06/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**$1,011.95**

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.9** **Black Hills Energy**

Nonpriority Creditor's Name

**PO Box 7966**

Number          Street

**Carol Stream, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     1   0   3   0          $111.63

**When was the debt incurred?**          07/2025

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Account**

---

**4.10** **Blue Elephant Specialty Finance Fund, LP**

Nonpriority Creditor's Name

**3 West Main Street Suite 301**

Number          Street

**Irvington, NY 10533**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___          unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Lawsuit**

---

| Debtor 1 | __Jonathan__ | __David__ | __Gaspard__ | Case number _(if known)_ _____ |
|---|---|---|---|---|
| Debtor 2 | __Laura__ | __Oglesby__ | __Gaspard__ | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                **Total claim**

---

**4.11**

| **Capital One** | Last 4 digits of account number   **5   1   0   4** | **$191.00** |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 60519**

Number          Street                                **When was the debt incurred?**          __04/2025__

**City Of Industry, CA 91716**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.                ☐ Unliquidated

☐ Debtor 1 only                ☐ Disputed

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only                **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another                ☐ Student loans

☐ **Check if this claim is for a community debt**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**                ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No                ☑ Other. Specify   **Credit card purchases**

☐ Yes

---

**4.12**

| **Capital One** | Last 4 digits of account number   **0   3   3   2** | **$24,529.00** |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 30281**

Number          Street                                **When was the debt incurred?**          __9/1/2023__

**Salt Lake City, UT 84130**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.                ☐ Unliquidated

☑ Debtor 1 only                ☐ Disputed

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only                **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another                ☐ Student loans

☐ **Check if this claim is for a community debt**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**                ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No                ☑ Other. Specify   **ChargeAccount**

☐ Yes

---

| Debtor 1 | __Jonathan__ | __David__ | __Gaspard__ | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |
| Debtor 2 | __Laura__ | __Oglesby__ | __Gaspard__ | |
| | First Name | Middle Name | Last Name | |

**Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

| 4.13 | **Century Integrated Partners, Inc.** | | Last 4 digits of account number   7   4   3   0 | $597.60 |

Nonpriority Creditor's Name

**PO Box 844409**

Number          Street

When was the debt incurred?          06/2025

**Dallas, TX 75284**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 4.14 | **Chase - Consumer Credit Cards** | | Last 4 digits of account number   1   5   4 | $16,267.94 |

Nonpriority Creditor's Name

**PO Box 6294**

Number          Street

When was the debt incurred?          01/2024

**Carol Stream, IL 60197**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|----------|----------|-------|---------|------------------|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.15**   **Chase - Consumer Credit Cards**

Nonpriority Creditor's Name

**PO Box 6294**

Number     Street

**Carol Stream, IL 60197**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4**   **4**   **8**   **6**     **$13,139.40**

**When was the debt incurred?**     **01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

---

**4.16**   **Chase Bank**

Nonpriority Creditor's Name

**Mail Code: OH4-7302 P.O. Box 24696**

Number     Street

**Columbus, OH 43224**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **8**   **4**   **8**     **$9,325.92**

**When was the debt incurred?**     **10/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

---

| Debtor 1 | Jonathan | David | Gaspard | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.17 Chase Bank - Business Card

Nonpriority Creditor's Name

**PO Box 15145**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number    9  3  8  8    **$24,668.75**

**When was the debt incurred?**    01/2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Credit card purchases**

### 4.18 Chase Card Services

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number    7  5  7  5    **$105,315.00**

**When was the debt incurred?**    8/1/2011

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **ChargeAccount**

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|----------|----------|-------|---------|-----|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.19

**Chase Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number          Street

**Wilmington, DE 19850**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      0  1  5  4          **$16,601.00**

When was the debt incurred?          4/1/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.20

**Chase Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number          Street

**Wilmington, DE 19850**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      0  8  4  8          **$9,325.00**

When was the debt incurred?          10/1/2007

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | Laura | Oglesby | Gaspard | | | |
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.21** **Citi Card Consumer Credit Cards**

Nonpriority Creditor's Name

**PO Box 6500**

Number            Street

**Sioux Falls, SD 57117**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    8  9  4  7            **$43,371.11**

When was the debt incurred?            01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

---

**4.22** **Citibank/Costco**

Nonpriority Creditor's Name

**PO Box 6500**

Number            Street

**Sioux Falls, SD 57117**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  0  7  8            **$14,807.39**

When was the debt incurred?            01/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

---

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.23**   **City Of Saint Joseph Utility Billing**

Nonpriority Creditor's Name

**PO Box 411458**

Number      Street

**Kansas City, MO 64141**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2**   **8**   **1**   **3**     **$190.19**

When was the debt incurred?    **06/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account**

---

**4.24**   **Cook Children's Physician Accts.**

Nonpriority Creditor's Name

**PO Box 2209**

Number      Street

**Addison, TX 75001**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **7**   **8**   **2**   **1**     **$3,187.33**

When was the debt incurred?    **09/11/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

---

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|----------|----------|-------|---------|--------|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.25**

**Credit Collection Services**
Nonpriority Creditor's Name

**PO Box 607**
Number          Street

**Northwood, MA 2062**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   9  8  9  2            $32.97

When was the debt incurred?          08/2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account**

---

**4.26**

**Equipment Depot Texas, Inc. dba Equipment Depot**
Nonpriority Creditor's Name

**2121 W. Sam Houston Parkway N.**
Number          Street

**Houston, TX 77043**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___        $67,840.56

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

---

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | Laura | Oglesby | Gaspard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.27** **GM Financial**

Nonpriority Creditor's Name

**4001 Embarcadero Drive**

Number        Street

**Arlington, TX 76014**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Vehicle Repossessed** _____

$55,132.28

---

**4.28** **Gulfside Supply, Inc.**

Nonpriority Creditor's Name

**2900 E 7th Ave Ste 200**

Number        Street

**Tampa, FL 33605**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Lawsuit** _____

$29,031.27

---

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.29  Harco National Insurance Company

Nonpriority Creditor's Name

**1 Newark Ctr Fl 20**

Number          Street

**Newark, NJ 07102**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$9,000,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Lawsuit**

### 4.30  Libertas Funding, LLC

Nonpriority Creditor's Name

**411 West Putnam Ave. Ste. 220**

Number          Street

**Greenwich, CT 06830**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$1,817,801.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Lawsuit**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.31   Marlin Leasing

Nonpriority Creditor's Name

**300 Fellowship Rd**

Number          Street

**Mount Laurel, NJ 08054**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Leased Vehicles**

**Total claim:** $58,989.15

### 4.32   Metal Roofing Systems

Nonpriority Creditor's Name

**7687 Mikron Dr, Stanley**

Number          Street

**Stanley, NC 28164**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Vendor**

**Total claim:** unknown

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.33**  **NTTA**

Nonpriority Creditor's Name

**PO Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$70.86**

When was the debt incurred?          **07/28/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

---

**4.34**  **Pennington County Treasurer**

Nonpriority Creditor's Name

**PO Box 6160**

Number          Street

**Rapid City, SD 57709**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$12,000.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

---

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | Total claim |

---

**4.35**  **QXO Inc. d/b/a Beacon Building Products**

Nonpriority Creditor's Name

**Five American Lane**

Number          Street

**Greenwich, CT 06831**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$25,000.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

---

**4.36**  **Rapid City Utility Billing Office**

Nonpriority Creditor's Name

**300 6th Street**

Number          Street

**Rapid City, SD 57701**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1    0**          **$1,193.47**

**When was the debt incurred?**  **01/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Account**

---

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.37**    **Rapid City Utility Billing Office**

Nonpriority Creditor's Name

**300 6th Street**

Number         Street

**Rapid City, SD 57701**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0    0    1    0**            $1,764.52

**When was the debt incurred?**        **10/29/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Other Debt**

---

**4.38**    **Rapid City Utility Billing Office**

Nonpriority Creditor's Name

**300 6th Street**

Number         Street

**Rapid City, SD 57701**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4    8    2    7**            $385.00

**When was the debt incurred?**        **09/29/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Other Debt**

---

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | Total claim |

---

**4.39** **SBA - Small Business Administration**

Nonpriority Creditor's Name

**409 3rd St SW**

Number          Street

**Washington, DC 20416**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number    **7   8   0   3**          **$73,280.11**

When was the debt incurred?          **05/2020**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Other Debt**

---

**4.40** **Suneel Menon**

Nonpriority Creditor's Name

**6204 Pleasant Run Rd.**

Number          Street

**Colleyville, TX 76034**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Lawsuit**

---

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.41**    **West Bend Mutual Insurance Company**

Nonpriority Creditor's Name

**1900 s 18th Ave**

Number                    Street

**West Bend, WI 53095**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___                    **unknown**

**When was the debt incurred?**            **03/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **UCC Filing Number 250012332583**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1.** **Harco National Insurance Company**
Name
**1 Newark Ctr Fl 20**
Number      Street

**Newark, NJ 07102**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**2.** **International Fidelity Insurance Company**
Name
**1 Newark Ctr Fl 20**
Number      Street

**Newark, NJ 07102**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**3.** **Iat Insurance Group, Inc.**
Name
**1 Newark Ctr Fl 20**
Number      Street

**Newark, NJ 07102**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**4.** **Abbott Osborn Jacobs PLC**
Name
**974-73rd Street Suite 20**
Number      Street

**West Des Moines, IA 50265**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**5.** **Safeco Insurance**
Name
**175 Berkeley Street**
Number      Street

**Boston, MA 02116**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9** **8** **9** **2**

**6.** **Scheef & Stone, L.L.P.**
Name
**500 North Akard Suite 2700**
Number      Street

**Dallas, TX 75201**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**7** | **International Fidelity Insurance Company**
Name

**1 Newark Ctr Fl 20**
Number        Street


**Newark, NJ 07102**
City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.29** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$12,234,364.40** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$12,234,364.40** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Gaspard & Menon Construction, LLC** | Contract to be REJECTED |
| | Name | |
| | **1532 Tiffany Forest Ln** | |
| | Number        Street | |
| | **Grapevine, TX 76051** | |
| | City                State                ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number        Street | |
| | City                State                ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number        Street | |
| | City                State                ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number        Street | |
| | City                State                ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jonathan | David | Gaspard |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Laura | Oglesby | Gaspard |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

   **Gaspard, Laura Oglesby**
   Name of your spouse, former spouse, or legal equivalent

   **1532 Tiffany Forest Ln**
   Number          Street

   **Grapevine, TX 76051**
   City          State          ZIP Code

   ☑ Yes. In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

   **Gaspard, Jonathan David**
   Name of your spouse, former spouse, or legal equivalent

   **1532 Tiffany Forest Ln**
   Number          Street

   **Grapevine, TX 76051**
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** **F.H. Cann & Associates Inc**<br>Name<br><br>**PO Box 7**<br>Number          Street<br><br>**North Andover, MA 01845**<br>City          State          ZIP Code | ☐ Schedule D, line _____<br><br>☑ Schedule E/F, line ____**4.33**____<br><br>☐ Schedule G, line _____ |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.2**

**Gaspard & Menon Construction, LLC**
Name

**1532 Tiffany Forest Ln**
Number                Street

**Grapevine, TX 76051**
City                State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line
**4.1, 4.3, 4.4, 4.6, 4.10, 4.26, 4.28, 4.30, 4.31, 4.35, 4.41**
☐ Schedule G, line _____

**3.3**

**Gaspard Properties LLC**
Name

**1532 Tiffany Forest Ln**
Number                Street

**Grapevine, TX 76051**
City                State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2, 4.9, 4.17, 4.36, 4.39, 4.41**
☐ Schedule G, line _____

**3.4**

**Gaspard Roofing, LLC**
Name

**1532 Tiffany Forest Ln**
Number                Street

**Grapevine, TX 76051**
City                State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2**
☐ Schedule G, line _____

**3.5**

**Lukyanchendo, Yulia**
Name

**9002 Stone Creek Pl**
Number                Street

**Dallas, TX 75243**
City                State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2**
☐ Schedule G, line _____

**3.6**

**Menon, Suneel**
Name

**6204 Pleasant Run Rd**
Number                Street

**Colleyville, TX 76034**
City                State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2, 4.10, 4.41**
☐ Schedule G, line _____

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.7**

**Morgan, Jared**
Name

**9002 Stone Creek Pl**
Number          Street

**Dallas, TX 75243**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1, 4.2, 4.28, 4.35**
☐ Schedule G, line _____

**3.8**

**Sedmore Properties, LLC**
Name

**9002 Stone Creek Pl**
Number          Street

**Dallas, TX 75243**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2, 4.41**
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD / YYYY

**Official Form 106I**

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | **President** | **PR Manager & Executive Assistant to the CEO** |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | **Shadow Ridge** | **B & P Company** |
| | **Employer's address** | **1532 Tiffany Forest Lane** | **301 Miamisburg Centerville Rd** |
| | | Number     Street | Number     Street |
| | | **Grapevine, TX 76051** | **Washington Township, OH 45459** |
| | | City     State     ZIP Code | City     State     ZIP Code |
| | **How long employed there?** | **2 months** | **6 months** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | **$0.00** | **$7,083.35** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$0.00** | **$7,083.35** |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................➔ 4. | | $0.00 | $7,083.35 |
| 5. List all payroll deductions: | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $1,052.13 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $0.00 + | $0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $1,052.13 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $6,031.22 |
| 8. List all other income regularly received: | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $333.33 | $261.27 |
| 8b. Interest and dividends | 8b. | $0.03 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: Musician income | 8h. + | $600.00 + | $0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $933.36 | $261.27 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $933.36 + | $6,292.49 = $7,225.85 |

| Debtor 1 | Jonathan | David | Gaspard | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | | |
| | First Name | Middle Name | Last Name | | |

---

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. | **$7,225.85** |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: | **Chelmsford NRH LLC is no longer operating.** |

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Shadow Rock / Shadow Ridge

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.  Gross Monthly Income: $333.33

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS $0.00

3.  Other Expenses

    TOTAL OTHER EXPENSES $0.00

4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21) $0.00

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) $333.33

| Debtor 1 | Jonathan | David | Gaspard | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Chelmsford NRH LLC

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

|  |  |  |
|---|---|---|
| 1. | Gross Monthly Income: | **$1,604.44** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

|  |  |  |
|---|---|---|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$43.33** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$183.56** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$56.67** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |

| | |
|---|---|
| **Cost of goods sold** | **$0.00** |
| **Marketing and Advertising** | **$0.00** |
| **Credit/Debit Card** | **$0.00** |
| **Licenses/Permits** | **$0.00** |
| **Postage and Delivery** | **$0.00** |
| **Subcontractor Pay** | **$0.00** |
| **Bank Fees and Interest** | **$13.17** |
| **Software and Subscriptions** | **$41.87** |
| **Zelle Payment to BGPM Enterprises (Property Management Fee)** | **$66.67** |
| **Transfer of funds to new owner - Closing down LLC and sold property** | **$0.00** |
| **Other Expense 3** | **$0.00** |
| **(Zelle to BGPM Enterprises, property management fee)** | **$66.67** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| | | |
|---|---|---|
| **Other Expense 2** | **$0.00** | |
| **Cleaning fees** | **$182.50** | |
| **Pest Control** | **$21.11** | |
| **Property Management** | **$133.33** | |
| **Mortgage** | **$212.16** | |
| **Cleaning Fees** | **$110.00** | |
| **Mortgage/Loan Payment:** | **$212.16** | |
| TOTAL OTHER EXPENSES | | **$1,059.62** |

| | | |
|---|---|---|
| 22. TOTAL MONTHLY EXPENSES (Add item 2 - 21) | | **$1,343.17** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | | **$261.27** |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 8 | ☐ No. ☑ Yes. |
| Child | 4 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,234.12** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$586.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$455.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $0.00 |
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. | $100.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $200.00 |
| | 6d. Other. Specify: **Internet** | 6d. | $39.99 |
| 7. | Food and housekeeping supplies | 7. | $1,000.00 |
| 8. | Childcare and children's education costs | 8. | $300.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $50.00 |
| 10. | Personal care products and services | 10. | $50.00 |
| 11. | Medical and dental expenses | 11. | $0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $400.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $100.00 |
| 14. | Charitable contributions and religious donations | 14. | $925.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $85.56 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $205.00 |
| | 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: **Goodleap** | 17c. | $626.70 |
| | 17d. Other. Specify: **EECU** | 17d. | $309.86 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: **Long term care policy for Becky Gaspard** | 19. | $227.50 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
|----------|--------------|-----------|-------------|--|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

21. **Other.** Specify: _____        21.  + _____ **$0.00**

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.        22a. _____ **$7,169.73**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b. _____ **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.        22c. _____ **$7,169.73**

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*        23a. _____ **$7,225.85**

23b. Copy your monthly expenses from line 22c above.        23b. − _____ **$7,169.73**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*        23c. _____ **$56.12**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | **$783,218.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | **$325,282.72** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................ | **$1,108,500.72** |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$730,727.91** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + **$12,234,364.40** |
| **Your total liabilities** | **$12,965,092.31** |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$7,225.85** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................. | **$7,169.73** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jonathan David Gaspard**                    X **/s/ Laura Oglesby Gaspard**
Jonathan David Gaspard, Debtor 1                     Laura Oglesby Gaspard, Debtor 2

Date **11/25/2025**                                   Date **11/25/2025**
MM/ DD/ YYYY                                          MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ From _____ <br> Number   Street | To _____ | _____ From _____ <br> Number   Street | To _____ |
| _____ <br> City          State  ZIP Code | | _____ <br> City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ From _____ <br> Number   Street | To _____ | _____ From _____ <br> Number   Street | To _____ |
| _____ <br> City          State  ZIP Code | | _____ <br> City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$8,000.00** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$42,173.19** |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$115,000.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$110,471.00** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$30,000.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | **Musician income** | **$2,300.00** | | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | **RV rental** | **$4,111.00** | | |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ Number     Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ City          State    ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| | | | | |
| _____ Number     Street | _____ | | | |
| | | | | |
| _____ | _____ | | | |
| _____ City          State    ZIP Code | | | | |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number     Street | _____ | | | |
| _____ City          State     ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Harco National Insurance Vs. Gaspard V. Jonathan David Gaspard Laura Oglesby Gaspard** | **Civil Case** | **Tarrant County Courthouse** Court Name **100 North Calhoun Street** Number     Street **Fort Worth, TX 76196** City          State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case number | **4:2024CV01134** | | | |
| Case title | **West Bend Mutual Insurance Company V. Jonathan David Gaspard Laura Oglesby Gaspard** | **Civil Case** | **Tarrant County Courthouse** Court Name **100 North Calhoun Street** Number     Street **Fort Worth, TX 76196** City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number | **4:2025CV00937** | | | |
| Case title | **Gulf Side Supply/gulf Eagle Supply V. Jonathan David Gaspard** | **Civil Case** | **Tarrant County Courthouse** Court Name **100 North Calhoun Street** Number     Street **Fort Worth, TX 76196** City          State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case number | **2024-009237-3** | | | |

| Debtor 1 | Jonathan | David | Gaspard | |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | |

Case number (if known) _____

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **ABC Supply V. Jonathan David Gaspard**<br><br>Case number **067-362363-25** | **Civil Case** | **Tarrant County Courthouse**<br>Court Name<br>**100 North Calhoun Street**<br>Number      Street<br>**Fort Worth, TX 76196**<br>City                        State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Suneel Menon V. Jonathan David Gaspard**<br><br>Case number **236-361433-25** | **Civil Case** | **Tarrant County Courthouse**<br>Court Name<br>**100 North Calhoun Street**<br>Number      Street<br>**Fort Worth, TX 76196**<br>City                        State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Libertas V. Jonathan David Gaspard**<br><br>Case number **E2025002744** | **Civil Case** | **New York State Court Of Appeals Building**<br>Court Name<br><br>Number      Street<br><br>City                        State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Metal Roofing Systems V. Jonathan David Gaspard**<br><br>Case number **2025-005053-2** | **Civil Case** | **Tarrant County Courthouse**<br>Court Name<br>**100 North Calhoun Street**<br>Number      Street<br>**Fort Worth, TX 76196**<br>City                        State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Eqipment Depot Texas, Inc. dba Equipment Depot v. Gaspard & Menon Construction LLC fdba Gaspard & Morgan Construction LLC and Jonathan Gaspard**<br><br>Case number **DC-25-08781** | **Civil Case** | **95th Judicial District**<br>Court Name<br>**600 Commerce St. #640**<br>Number      Street<br>**Dallas, TX 75202**<br>City                        State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **QXO, Inc dba Beacon Building Product v. Gaspard & Menon Construction, LLC dba Restoration Roofing**<br><br>Case number **25SL-CC10350** | **Civil Case** | **21st Judicial Circuit, St. Louis County, Missouri**<br>Court Name<br>**1050 North Ballas Road**<br>Number      Street<br>**Saint Louis, MO 63122**<br>City                        State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Jonathan | David | Gaspard | |
|---|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case title**<br>**Blue Elephant Specialty Finance Fund, LP v. Gaspard & Menon Construction LLC dba Restoration Roofing, Jonathan Gaspard, and Suneel Menon** | **Civil case** | **Supreme Court, Westchester County**<br>Court Name<br>**111 Dr. Martin Luther King, Jr. Boulevard**<br>Number    Street<br>**White Plains, NY 10601**<br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  **61698-2025** | | | |
| **Case title**<br>**American Interstate Insurance Company v. Gaspard & Menon Construction LLC dba Restoration Roofing Jonathan David Gaspard** | **Civil Case** | **Tarrant County Courthouse**<br>Court Name<br>**100 North Calhoun Street**<br>Number    Street<br>**Fort Worth, TX 76196**<br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  **2025-004979-2** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **GM Financial**<br>Creditor's Name<br><br>**4001 Embarcadero Drive**<br>Number    Street<br><br>_____<br><br>**Arlington, TX 76014**<br>City            State      ZIP Code | **2022 Chevrolet Silverado 2500H**<br><br><br>**Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **08/2025** | **$55,132.28** |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Jonathan | David | Gaspard |
|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | |
| Number   Street | | | |
| City          State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

# Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number   Street | | | |
| City          State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

Debtor 1   **Jonathan**    **David**        **Gaspard**
Debtor 2   **Laura**       **Oglesby**      **Gaspard**
           First Name     Middle Name      Last Name

Case number *(if known)*

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

**Estimated contribution throughout 2024-2025**

**Embrace Grace**                                                                    **$600.00**
Charity's Name

**700 W. Beford- Euless Road. Suite G**
Number    Street

**Hurst, TX 76053**
City           State    ZIP Code

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

**Monthly church tithing - Estimated contribution**

**Victory Church**                                                                   **$19,815.30**
Charity's Name

**4300 N. Macarthur Blvd.**
Number    Street

**War Acres, OK 73122**
City           State    ZIP Code

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

**Estimated contribution throughout 2024-2025**

**Joshua Nations**                                                                   **$1,200.00**
Charity's Name

**PO Box 745728**
Number    Street

**Arvada, CO 80006**
City           State    ZIP Code

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

**Estimated contribution throughout 2024-2025**

**E4 Leaders**                                                                       **$600.00**
Charity's Name

**PO Box 92296**
Number    Street

**Southlake, TX 76092**
City           State    ZIP Code

| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Roof damage occurred to the property located at 1532 Tiffany Forest Ln Grapevine, TX 76051 due to hail.** | **The insurance company provided funds to repair the roof damage.** | **2025** | **$25,000.00** |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Norred Law, PLLC**<br>Person Who Was Paid<br><br>**515 E. Border**<br>Number    Street<br><br>_____<br><br>**Arlington, TX 76010**<br>City           State   ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | **Attorney's Fee** | **08/05/2025** | **$5,000.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Jonathan | David | Gaspard |
|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | _____ |
| Number    Street | | _____ | _____ |
| City        State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Bama Capital LLC**<br>Person Who Received Transfer<br><br>**5000 Riverside Drive Building 5, Suite 100W**<br>Number    Street<br><br>**Irving, TX 75039**<br>City        State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **The property located at 1518 Hialeah Dr., Birmingham, AL 35214 sold for $110,000.** | | **05/20/2025** |
| **Abdelghani Elammari**<br>Person Who Received Transfer<br><br>**2722 Seneca Street**<br>Number    Street<br><br>**Saint Joseph, MO 64507**<br>City        State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **The property located at 2722 Seneca Street, St. Joseph, MO 64507 sold for $86,000.** | | **05/01/2025** |
| **Tiffany Moore**<br>Person Who Received Transfer<br><br>**2307 Francis St.**<br>Number    Street<br><br>**Saint Joseph, MO 64501**<br>City        State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **The property located at 2307 Francis Street, St Joseph, MO 64501 sold for $128,000** | | **05/23/2025** |

| Debtor 1 | Jonathan | David | Gaspard |
|---|---|---|---|
| Debtor 2 | Laura | Oglesby | Gaspard |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ranger Fleet 1, LLC**<br>Person Who Received Transfer<br><br>**1800 Industrial Blvd Suite 110**<br>Number    Street<br><br>**Colleyville, TX 76034**<br>City         State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **2016 Dodge Ram 1500 sold for $1,800** | | **02/17/2025** |
| **Deysi Mabel Vasquez and Jose Francisco Vasquez**<br>Person Who Received Transfer<br><br>**202 W. 5th St.**<br>Number    Street<br><br>**Pottsboro, TX 75076**<br>City         State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **The property located at County Rd. 26320, Roxton, TX 75477 (Lot 9, The Ranches at Meadow Creek) sold for $73,223.** | | **12/18/2024** |
| **Christina Lynn Nicole Clark**<br>Person Who Received Transfer<br><br>**165 Oakwood Creek Lane**<br>Number    Street<br><br>**Weatherford, TX 76088**<br>City         State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **The property located at 7408 Chelmsford Place, North Richland Hills, TX 76182 sold for $257,000.** | | **07/11/2025** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust **JDLO Revocable Trust** | **Personal home - 1532 Tiffany Forest Ln Grapevine, TX 76051** | **09/13/2024** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Bank (Business account)**<br>Name of Financial Institution<br><br>**1100 William D. Tate**<br>Number    Street<br><br><br>**Grapevine, TX 76051**<br>City        State    ZIP Code | XXXX– **3    2    1    2** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **09/2025** | **$468.90** |
| **Chase Bank (Business Account)**<br>Name of Financial Institution<br><br>**1100 William D. Tate**<br>Number    Street<br><br><br>**Grapevine, TX 76051**<br>City        State    ZIP Code | XXXX– **3    7    7    9** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **08/2025** | **$2,261.19** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Home safe**<br>Name of Financial Institution<br><br>**1532 Tiffany Forest Lane**<br>Number    Street<br><br><br>**Grapevine, TX 76051**<br>City        State    ZIP Code | Name<br><br><br>Number    Street<br><br><br>City        State    ZIP Code | **Passports, birth certificates, daughters keepsakes, necklace, collectible coins** | ☐ No<br>☑ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Jonathan** | **David** | | **Gaspard** | | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | | **Gaspard** | | |
| | First Name | Middle Name | | Last Name | | Case number *(if known)* _____ |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❏ No |
| _____ | _____ | | ❏ Yes |
| Name of Storage Facility | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| | City       State    ZIP Code | | |
| City       State    ZIP Code | | | |

---

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | | |
| Owner's Name | Number    Street | | |
| _____ | _____ | | |
| Number    Street | City       State    ZIP Code | | |
| _____ | | | |
| City       State    ZIP Code | | | |

---

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

Debtor 1    **Jonathan**    **David**      **Gaspard**

Debtor 2    **Laura**      **Oglesby**      **Gaspard**

      First Name      Middle Name      Last Name            Case number *(if known)* _____

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** _____ **Governmental unit** _____ | | _____ |
| **Number    Street** _____ **Number    Street** _____ | | |
| _____ **City      State    ZIP Code** _____ | | |
| **City          State    ZIP Code** _____ | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** _____ **Governmental unit** _____ | | _____ |
| **Number    Street** _____ **Number    Street** _____ | | |
| _____ **City      State    ZIP Code** _____ | | |
| **City          State    ZIP Code** _____ | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| **Case title** _____ | | ☐ Pending |
| _____ **Court Name** _____ | | ☐ On appeal |
| _____ **Number    Street** _____ | | ☐ Concluded |
| **Case number** _____ **City          State    ZIP Code** _____ | | |

| | | |
|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

**Gaspard Properties LLC**
Name

**1532 Tiffany Forest Lane**
Number      Street

**Grapevine, TX 76051**
City            State     ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Real Estate Investments** | EIN: <u>8</u> <u>1</u> – <u>3</u> <u>5</u> <u>2</u> <u>9</u> <u>5</u> <u>1</u> <u>6</u> |
| Name of accountant or bookkeeper | Dates business existed |
| | From <u>08/16/2016</u> To _____ |

**Gaspard & Menon Construction, LLC**
Name

**1532 Tiffany Forest Lane**
Number      Street

**Grapevine, TX 76051**
City            State     ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Construction** | EIN: <u>2</u> <u>0</u> – <u>2</u> <u>2</u> <u>2</u> <u>2</u> <u>1</u> <u>7</u> <u>8</u> |
| Name of accountant or bookkeeper | Dates business existed |
| | From <u>08/01/2004</u> To _____ |

**Gaspard Roofing LLC (defunct)**
Name

**1532 Tiffany Forest Lane**
Number      Street

**Grapevine, TX 76051**
City            State     ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Roofing** | EIN: <u>8</u> <u>5</u> – <u>2</u> <u>6</u> <u>4</u> <u>7</u> <u>6</u> <u>9</u> <u>0</u> |
| Name of accountant or bookkeeper | Dates business existed |
| | From <u>08/21/2020</u> To <u>08/08/2023</u> |

**Shadow Rock**
Name

**7411 Fossil Garden Drive**
Number      Street

**Grapevine, TX 76051**
City            State     ZIP Code

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Consulting services** | EIN: <u>3</u> <u>9</u> – <u>2</u> <u>1</u> <u>9</u> <u>7</u> <u>1</u> <u>1</u> <u>3</u> |
| Name of accountant or bookkeeper | Dates business existed |
| | From <u>05/16/2025</u> To _____ |

Debtor 1    **Jonathan**    **David**    **Gaspard**

Debtor 2    **Laura**    **Oglesby**    **Gaspard**

First Name    Middle Name    Last Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **Chelmsford NRH LLC (defunct)** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | | EIN:  9 9 – 4 9 0 2 1 2 7 |
| **1532 Tiffany Forest Lane** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | | From  09/11/2024  To _____ |
| **Grapevine, TX 76051** | | |
| City          State    ZIP Code | | |
| **2 The Point Holdings LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
| Name | **Storage rental** | EIN:  9 2 – 3 4 5 4 4 6 3 |
| **1532 Tiffany Forest Ln** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | | From  06/14/2021  To _____ |
| **Grapevine, TX 76051** | | |
| City          State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| **Josh M. Winston** | **05/2024** |
| Name | MM / DD / YYYY |
| **16220 N Scottsdale Rd Ste 250** | |
| Number     Street | |
| **Scottsdale, AZ 85254** | |
| City          State    ZIP Code | |
| **Kirill Omelich** | **06/2024** |
| Name | MM / DD / YYYY |
| **411 West Putnam Avenue Suite 220** | |
| Number     Street | |
| **Greenwich, CT 06830** | |
| City          State    ZIP Code | |

Debtor 1    **Jonathan**    **David**    **Gaspard**

Debtor 2    **Laura**    **Oglesby**    **Gaspard**

First Name    Middle Name    Last Name

Case number *(if known)* _____

| | **Date issued** |
|---|---|

**Ben Johnson**    **2022-2024**

Name    MM / DD / YYYY

**4801 Spring Valley Road Suite 10**

Number    Street

**Farmers Branch, TX 75244**

City    State    ZIP Code

**David Quinn**    **2023**

Name    MM / DD / YYYY

**611 S Main St Ste 400**

Number    Street

**Grapevine, TX 76051**

City    State    ZIP Code

**Bryan A. Badeaux**    **2023-2025**

Name    MM / DD / YYYY

**702 Oberlin Road**

Number    Street

**Raleigh, NC 27605**

City    State    ZIP Code

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X** **/s/ Jonathan David Gaspard**                  **X** **/s/ Laura Oglesby Gaspard**

Signature of Jonathan David Gaspard, Debtor 1          Signature of Laura Oglesby Gaspard, Debtor 2


Date **11/25/2025**                     Date **11/25/2025**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Roundpoint Mortgage**<br>Description of property securing debt: **Home**<br>**1532 Tiffany Forest Ln Grapevine, TX 76051** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **EECU**<br>Description of property securing debt: **Home**<br>**1532 Tiffany Forest Ln Grapevine, TX 76051** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | | Case number *(if known)* |
| | First Name | Middle Name | Last Name | | |

---

**Additional Page for Part 1**

| Creditor's name: | **U.S. Bank Trust National Association** | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **Non-Primary Residence** **1019 Herman Street Rapid City, SD 57701** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **US Bank** | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2021 Jayco 31f Redhawk** **Valuation by NADA** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **GoodLeap LLC** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **Home** **1532 Tiffany Forest Ln Grapevine, TX 76051** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **pay according to the original contract.** | |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:  Gaspard & Menon Construction, LLC | ☑ No |
| | ☐ Yes |
| Description of leased property:  Contract to be REJECTED | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Jonathan David Gaspard                    **X** /s/ Laura Oglesby Gaspard
Signature of Debtor 1                                         Signature of Debtor 2

Date **11/25/2025**                                             Date **11/25/2025**
     MM/ DD/ YYYY                                                 MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**      Gaspard, Jonathan David

Gaspard, Laura Oglesby                                    Case No. _____

**Debtor**                                                Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .SC. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ **$5,000.00**

Prior to the filing of this statement I have received ........................................................... **$5,000.00**

Balance Due ............................................................................................................... **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in an adversary proceeding and any post-petition disputes or activities that arise from the filing of the case. The attorney-client service and fee agreement entered into by the parties is incorporated here by reference. To the extent this disclosure conflicts with the service and fee agreement, the service and fee agreement will control.

B2030 (Form 2030) (12/15)

<div style="border: 1px solid black; padding: 20px;">

<center>CERTIFICATION</center>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/25/2025** | **/s/ Clayton L. Everett** |
|---|---|
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

<div align="right">
Bar Number: 24065212<br>
Norred Law, PLLC<br>
Norred Law, PLLC<br>
515 E. Border<br>
Arlington, TX 76010<br>
Phone: (817) 704-3984
</div>

**Norred Law, PLLC**

*Name of law firm*

</div>

Fill in this information to identify your case:

| Debtor 1 | Jonathan | David | Gaspard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Laura | Oglesby | Gaspard |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)    _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

---

**Part 1:    Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.    Go to Part 2.

---

**Part 2:    Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.    Go to line 3.

   ☐ Yes.    Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

   　　　☐ No.    Go to line 3.

   　　　☐ Yes.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.    Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   　　　☐ No.    Complete Form 122A-1. Do not submit this supplement.

   　　　☐ Yes.    Check any one of the following categories that applies:

   　　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   　　　　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　　　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

---

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|

| Debtor 1 | Jonathan | David | Gaspard |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Laura | Oglesby | Gaspard |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A* Debtor 1 | *Column B* Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | _____ | _____ |
   | Ordinary and necessary operating expenses | – _____ | – _____ |
   | Net monthly income from a business, profession, or farm | [____] | [____] | Copy here →

6. **Net income from rental and other real property**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | _____ | _____ |
   | Ordinary and necessary operating expenses | – _____ | – _____ |
   | Net monthly income from rental or other real property | [____] | [____] | Copy here →

7. **Interest, dividends, and royalties**    _____    _____

Debtor 1   **Jonathan        David        Gaspard**
Debtor 2   **Laura           Oglesby      Gaspard**
           First Name        Middle Name  Last Name

Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................. ↓

For you..................................................................

For your spouse........................................................

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.                          +  _____  +  _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.     _____  +  _____  =  _____

**Total current monthly income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11................................................................   **Copy line 11 here →**  _____

Multiply by 12 (the number of months in a year).     **x 12**

12b. The result is your annual income for this part of the form.     12b.  _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     _____

Fill in the number of people in your household.     _____

Fill in the median family income for your state and size of household...................................................................   13.  _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A–2.

Debtor 1    **Jonathan        David        Gaspard**
Debtor 2    **Laura        Oglesby        Gaspard**

First Name        Middle Name        Last Name

Case number *(if known)* _____

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Jonathan David Gaspard** _____

Signature of Debtor 1

Date **11/25/2025** _____
MM/  DD/  YYYY

**X** **/s/ Laura Oglesby Gaspard** _____

Signature of Debtor 2

Date **11/25/2025** _____
MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Debtor 1   **Jonathan**      **David**      **Gaspard**

Debtor 2   **Laura**         **Oglesby**    **Gaspard**

First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page For 122A-1**

| | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|
| **10.** Cont. | | |
| **Musician income** | $600.00 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Gaspard, Jonathan David**
    **Gaspard, Laura Oglesby**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **11/25/2025**     Signature          **/s/ Jonathan David Gaspard**
                                           Jonathan David Gaspard, Debtor

Date    **11/25/2025**     Signature          **/s/ Laura Oglesby Gaspard**
                                           Laura Oglesby Gaspard, Joint Debtor

Abbott Osborn Jacobs PLC
974-73rd Street Suite 20
West Des Moines, IA 50265

ABC Supply Co., Inc.
One ABC Parkway
Beloit, WI 53511

Allegheny Casualty Company
1 Newark Ctr Fl 20
Newark, NJ 07102

Ally
PO Box 380902
Minneapolis, MN 55438

American Interstate
Insurance Company
2301 Highway 190 West
Deridder, LA 70634

Amex
PO Box 650448
Dallas, TX 75265

Amrize
26 Century Blvd. Suite 205
Nashville, TN 37214

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Barclays Bank
PO Box 19899
Wilmington, DE 19899

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196

Baylor Scott & White-
Grapevine
1650 West College St.
Grapevine, TX 76051

Black Hills Energy
PO Box 7966
Carol Stream, IL 60197

Blue Elephant Specialty
Finance Fund, LP
3 West Main Street Suite 301
Irvington, NY 10533

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Capital One
PO Box 60519
City Of Industry, CA 91716

Capital One
PO Box 30281
Salt Lake City, UT 84130

Century Integrated Partners,
Inc.
PO Box 844409
Dallas, TX 75284

Chase - Consumer Credit
Cards
PO Box 6294
Carol Stream, IL 60197

Chase Bank
Mail Code: OH4-7302 P.O. Box 24696
Columbus, OH 43224

Chase Bank - Business Card
PO Box 15145
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Citi Card Consumer Credit
Cards
PO Box 6500
Sioux Falls, SD 57117

Citibank/Costco
PO Box 6500
Sioux Falls, SD 57117

City Of Saint Joseph Utility
Billing
PO Box 411458
Kansas City, MO 64141

Cook Children's Physician
Accts.
PO Box 2209
Addison, TX 75001

Credit Collection Services
PO Box 607
Northwood, MA 2062

EECU
1617 W. 7th St.
Fort Worth, TX 76102

Equipment Depot Texas, Inc.
dba Equipment Depot
2121 W. Sam Houston Parkway N.
Houston, TX 77043

F.H. Cann & Associates Inc
PO Box 7
North Andover, MA 01845

Gaspard & Menon
Construction, LLC
1532 Tiffany Forest Ln
Grapevine, TX 76051

Gaspard Properties LLC
1532 Tiffany Forest Ln
Grapevine, TX 76051

Gaspard Roofing, LLC
1532 Tiffany Forest Ln
Grapevine, TX 76051

GM Financial
4001 Embarcadero Drive
Arlington, TX 76014

GoodLeap LLC
Attn: Bankruptcy Department
8781 Sierra College Blvd
Roseville, CA 95661

Gulfside Supply, Inc.
2900 E 7th Ave Ste 200
Tampa, FL 33605

Halliday, Watkins & Mann, P.C.
376 East 400 South Suite 300
Salt Lake City, UT 84111

Harco National Insurance Company
1 Newark Ctr Fl 20
Newark, NJ 07102

Iat Insurance Group, Inc.
1 Newark Ctr Fl 20
Newark, NJ 07102

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Fidelity Insurance Company
1 Newark Ctr Fl 20
Newark, NJ 07102

IRS
PO Box 7346
Philadelphia, PA 19101

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

LGBS-Dallas
3500 Maple Ave Ste 800
Dallas, TX 75219

Libertas Funding, LLC
411 West Putnam Ave. Ste. 220
Greenwich, CT 06830

Yulia Lukyanchendo
9002 Stone Creek Pl
Dallas, TX 75243

Marlin Leasing
300 Fellowship Rd
Mount Laurel, NJ 08054

Suneel Menon
6204 Pleasant Run Rd
Colleyville, TX 76034

Metal Roofing Systems
7687 Mikron Dr, Stanley
Stanley, NC 28164

Jared Morgan
9002 Stone Creek Pl
Dallas, TX 75243

NTTA
PO Box 660244
Dallas, TX 75266

Pennington County Treasurer
PO Box 6160
Rapid City, SD 57709

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

QXO Inc. d/b/a Beacon Building Products
Five American Lane
Greenwich, CT 06831

Rapid City Utility Billing Office
300 6th Street
Rapid City, SD 57701

Roundpoint Mortgage
PO Box 19409
Charlotte, NC 28219

Safeco Insurance
175 Berkeley Street
Boston, MA 02116

SBA - Small Business Administration
409 3rd St SW
Washington, DC 20416

Scheef & Stone, L.L.P.
500 North Akard Suite 2700
Dallas, TX 75201

Sedmore Properties, LLC
9002 Stone Creek Pl
Dallas, TX 75243

Serendib Solar, LLC
31 Rockingham Drive
Newport Beach, CA 92660

Shellpoint Mortgage Services
PO Box 10826
Greenville, SC 29603

South Dakota Department of
Revenue
445 East Capitol Avenue
Pierre, SD 57501

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Suneel Menon
6204 Pleasant Run Rd.
Colleyville, TX 76034

Tax Division-US Department
of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Bank Trust National
Association
1011 Centre Road
Wilmington, DE 19805

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

West Bend Mutual Insurance
Company
1900 s 18th Ave
West Bend, WI 53095