

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2026**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. 25-44602-mxm7 | |
| JONATHAN DAVID GASPARD, § | | |
| LAURA OGLESBY GASPARD, § | CHAPTER 7 | |
| § | | |
| DEBTORS. § | | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

On December 17, 2025 a **MOTION FOR RELIEF FROM AUTOMATIC STAY** (the "Motion") was filed against the property located at 1019 Herman Street, Rapid City, SD 57701 by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day notice language, pursuant to LBR 4001-1, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the **MOTION FOR RELIEF FROM AUTOMATIC STAY** was filed against the property located at 1019 Herman Street, Rapid City, SD 57701 by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust on December 17, 2025 is hereby **GRANTED** so as to seek its statutory and other available remedies.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

### # # # END OF ORDER # # #

Submitted by:

/s/Hannah Ackley
Hannah Ackley, Esq.
(TNBN: 036073)
PADGETT LAW GROUP
546 Silicon Dr., Suite 103
Southlake, TX 76092
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Hannah.Ackley@padgettlawgroup.com
Attorney for Movant