Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Jonathan David Gaspard and Laura Oglesby Gaspard,<br><br>Debtors. | Case No. 25-44602-mxm7<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7 Bankruptcy Case* (Dkt.6) was served on January 6, 2026, via First-Class Mail to STS Distribution Inc. at the following addresses:

SRS Distribution Inc.
7440 State Highway 121
Mckinney, TX 75070

SRS Distribution Inc. c/o Registered Agent
CSC - Lawyers Incorporating Service
211 E. 7th Street, Suite 620
Austin, TX 78701

    Respectfully submitted,

    Norred Law, PLLC
    By: /s/ Clayton L. Everett
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817)704-3984
    Counsel for Debtor