

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 5, 2026

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-44602-mxm7 |
| JONATHAN DAVID GASPARD, | § | |
| LAURA OGLESBY GASPARD, | § | CHAPTER 7 |
| | § | |
| DEBTORS. | § | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

On December 17, 2025 a **MOTION FOR RELIEF FROM AUTOMATIC STAY** (the "Motion") was filed against the property located at 1019 Herman Street, Rapid City, SD 57701 by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day notice language, pursuant to LBR 4001-1, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the **MOTION FOR RELIEF FROM AUTOMATIC STAY** was filed against the property located at 1019 Herman Street, Rapid City, SD 57701 by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust on December 17, 2025 is hereby **GRANTED** so as to seek its statutory and other available remedies.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

# # # END OF ORDER # # #

Submitted by:

/s/Hannah Ackley
Hannah Ackley, Esq.
(TNBN: 036073)
PADGETT LAW GROUP
546 Silicon Dr., Suite 103
Southlake, TX 76092
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Hannah.Ackley@padgettlawgroup.com
Attorney for Movant

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                         Case No. 25-44602-mxm
Jonathan David Gaspard                                                 Chapter 7
Laura Oglesby Gaspard
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4                                User: admin                                            Page 1 of 2
Date Rcvd: Jan 05, 2026                         Form ID: pdf012                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

**Recip ID**            **Recipient Name and Address**
db/jdb                  + Jonathan David Gaspard, Laura Oglesby Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Jonathan David Gaspard clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Joint Debtor Laura Oglesby Gaspard clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Hannah Ackley | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust hannah.ackley@padgettlawgroup.com, BKecf@padgettlawgroup.com |
| James Ewing | on behalf of Creditor International Fidelity Insurance Company jewing@drylaw.com |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: pdf012 | Total Noticed: 1 |

James Ewing
    on behalf of Creditor Harco National Insurance Company jewing@drylaw.com

Marilyn Garner
    mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

Mike Fowler Pipkin
    on behalf of Creditor West Bend Mutual Insurance Company mpipkin@weinrad.com
    scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com

Richard J. Wallace, III
    on behalf of Creditor Equipment Depot Texas Inc. richard.wallace@solidcounsel.com

Trenita Jackson Stewart
    on behalf of Creditor TH MSR HOLDINGS LLC tjstewart@mgs-legal.com bankruptcy@mgs-legal.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov


TOTAL: 10