Robert L. Eden
reden@mssattorneys.com
MATTHEWS, SHIELS, KNOTT,
EDEN, DAVIS & BEANLAND, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
(972) 234-3400 Telephone
(972) 234-1750 Facsimile

Attorneys for Gulfside Supply, Inc. dba Gulfeagle Supply

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-44602 mxm |
| Jonathan David Gaspard, | § | Chapter 7 |
| | § | |
| Debtor | § | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P., by and through Robert L. Eden, hereby files this Notice of Appearance and Request for Notices on behalf of Gulfside Supply, Inc. dba Gulfeagle Supply, party-in-interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices in this case be given to and served upon the following:

> Robert L. Eden
> Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.
> 8131 LBJ Freeway, Suite 700
> Dallas, Texas  75251
> Telephone:  (972) 234-3400
> Telecopier:  (972) 234-1750
> reden@mssattorneys.com

Please take further notice that the foregoing request covers not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

        Respectfully submitted,

        By: /s/ Robert L. Eden
           Robert L. Eden
           Texas Bar No. 06384710

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed with Court and served via the Court's electronic noticing system upon all parties thereto.

        /s/ Robert L. Eden
        Robert L. Eden