Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 25-44602-MXM7** |
| **JONATHAN DAVID GASPARD** | § | |
| **LAURA OGLESBY GASPARD** | § | **CHAPTER 7** |
| **DEBTOR(S)** | § | |
| | § | **HEARING DATE: FEBRUARY 26, 2026** |
| | § | |
| **U.S. BANK NATIONAL ASSOCIATION** | § | |
| **MOVANT** | § | **HEARING TIME: 9:30 A.M.** |
| **VS** | § | |
| **JONATHAN DAVID GASPARD** | § | |
| **LAURA OGLESBY GASPARD** | § | |
| **AND MARILYN GARNER, TRUSTEE** | § | |
| **RESPONDENTS** | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY**

**NOTICE**

> **PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**
>
> **ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, FORT WORTH, TEXAS, 76102-3643, BEFORE CLOSE OF BUSINESS ON FEBRUARY 9, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now U.S. Bank National Association (hereinafter "Movant"), its successors and/or assigns, a secured creditor in the above-entitled and numbered case, by and through its attorneys, to file this its Motion for Relief from Automatic Stay of Act against the Collateral ("Motion") against: Jonathan David Gaspard and Laura Oglesby Gaspard, Debtor(s) and Marilyn Garner, duly appointed Chapter 7 Trustee, hereinafter referred to respectively as "Debtor(s)" and "Trustee". In support thereof, Movant would respectfully represent to the Court as follows:

MOTION FOR RELIEF

2006-N-8943

1.   On November 25, 2025, Debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Subsequently, Marilyn Garner was appointed Trustee in this Chapter 7 case, qualified and is duly acting in such capacity.

2.   This Court has jurisdiction of this Motion by virtue of 11 USC §§105, 361 and 362 and 28 USC §§1334 and 157.

3.   Movant is the holder of a Promissory Note and Security Agreement, Loan Number xxxxxxxxxx4549, (the "Agreement"), signed by Jonathan D Gaspard and Laura O Gaspard.  Movant is secured under the Agreement by a properly perfected security interest in a 2021 JAYCO 31F REDHAWK, VIN: 1FDXE4FN5MDC22425 (the "Collateral").  A true and correct copy of the Agreement, as well as the documents evidencing the security interest of Movant in the Collateral, are attached hereto as Exhibits "A" and "B".

4.   By virtue of the Agreement, Movant is the holder of a secured claim against the Debtor.

5.   Movant alleges that the automatic stay should be lifted for cause in that it lacks adequate protection of its interest in the Collateral as evidenced by the following:

   a.   Debtor(s) are in default on their obligations to Movant in that Debtor(s) have failed to make installment payments when due and owing pursuant to the terms of the Agreement.

   b.   As of December 24, 2025, the total indebtedness was $76,773.51

   Debtor(s) are in default on 3 contractual payments totaling $1,799.04:
   10/18/2025 to 11/18/2025 (2) at $599.68 each = $1,199.36
   12/18/2025 to 12/18/2025 (1) at $599.68 each = $599.68

   The amount of current monthly installment payment is $599.68

   c.   Debtor(s) are unable to demonstrate that the Collateral is adequately insured post-petition.

   d.   It is the Debtor(s) intention to surrender the Collateral.

6.   According to the publication commonly relied upon by banks, insurance companies, government agencies, and dealers in determining the value of collateral, the present clean retail market value of the Collateral is $34,950.00.

7.   The Debtor(s) has no equity in the Collateral securing Movant's claim.

8.   Movant has had to retain counsel to represent it before this Court and is incurring attorneys' fees and court costs for which it is entitled to reimbursement under the terms of the Agreement.

MOTION FOR RELIEF

2006-N-8943

9.     For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirement of Bankruptcy Rule 4001(a)(4), therefore allowing Order to be effective upon this Honorable Court's signature.

WHEREFORE, PREMISES CONSIDERED, Movant prays that, upon hearing of this Motion, said automatic stay be terminated as to the claim of Movant, its successors and/or assigns, to permit Movant, its successors and/or assigns, to seek its statutory and other available remedies; that Movant, its successors and/or assigns, be permitted to obtain possession of the Collateral to the exclusion of Debtor(s); alternatively, Movant, its successors and/or assigns, be afforded adequate protection by including, but not limited to, having all payments presently due in this proceeding to Movant being brought current; and that Movant be granted such other and further relief, at law and in equity, as is just.

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for U.S. Bank National Association

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Movant did not attempt to confer with counsel for Debtor(s) prior to filing this motion due to the collateral being listed as a surrender.

/s/ Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor

MOTION FOR RELIEF

2006-N-8943

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 28th day of January 2026:

Debtor                    *Via U.S. Mail*
Jonathan David Gaspard
1532 Tiffany Forest Ln
Grapevine, TX 76051


Debtor                    *Via U.S. Mail*
Laura Oglesby Gaspard
1532 Tiffany Forest Ln
Grapevine, TX 76051

Debtor's Attorney
Clayton Everett
515 E. Border St., Ste 163
Arlington, TX  76010

Chapter 7 Trustee
Marilyn Garner
2001 E. Lamar Blvd., Suite 200
Arlington, Texas 76006

US Trustee
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Richard J. Wallace, III
Scheef & Stone, L.L.P.
500 North Akard
Lincoln Plaza, Suite 2700
Dallas, TX 75201

James Ewing
Dry Law PLLC
909 18th Street
Plano, TX 75074

Trenita Jackson Stewart
Miller, George & Suggs, PLLC
6080 Tennyson Pkwy. Suite 100
Plano, TX 75024

Mike Fowler Pipkin
Weinstein Radcliff Pipkin LLP
8350 N. Central Expy, Suite 1550
Dallas, TX 75206


25-44602-MXM7                                    /s/ Chandra D. Pryor
                                                 Hilary B. Bonial
                                                 Chandra D. Pryor


MOTION FOR RELIEF - CERTIFICATE OF SERVICE                          2006-N-8943