Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-44602-MXM7 |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | CHAPTER 7 |
|     DEBTOR(S) | § | |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION | § | |
|     MOVANT | § | |
| VS | § | |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | |
| | § | |
| AND MARILYN GARNER, TRUSTEE | § | |
|     RESPONDENTS | § | |

### MOVANT'S LIST OF WITNESSES AND EXHIBITS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The following are the witnesses and exhibits, U.S. Bank National Association (hereinafter referred to as "Movant"), intends to call and utilize at the final hearing on its Motion for Relief from Stay Against Collateral.

<u>Movant's Witnesses</u>
1. Attorney for Movant
2. Debtor(s)
3. Attorney for Debtor

<u>Movant's Exhibits</u>

| | |
|---|---|
| Exhibit A | Promissory Note and Security Agreement |
| Exhibit B | Title |
| Exhibit C | Payment History |
| Exhibit D | JD Power/NADA Valuation |

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600 / (972) 643-6698 (Telecopier)
Attorney for U.S. Bank National Association

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 28th day of January 2026:

Debtor          *Via U.S. Mail*
Jonathan David Gaspard
1532 Tiffany Forest Ln
Grapevine, TX 76051

Debtor          *Via U.S. Mail*
Laura Oglesby Gaspard
1532 Tiffany Forest Ln
Grapevine, TX 76051

Debtor's Attorney
Clayton Everett
515 E. Border St., Ste 163
Arlington, TX  76010

Chapter 7 Trustee
Marilyn Garner
2001 E. Lamar Blvd., Suite 200
Arlington, Texas 76006

US Trustee
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Richard J. Wallace, III
Scheef & Stone, L.L.P.
500 North Akard
Lincoln Plaza, Suite 2700
Dallas, TX 75201

James Ewing
Dry Law PLLC
909 18th Street
Plano, TX 75074

Trenita Jackson Stewart
Miller, George & Suggs, PLLC
6080 Tennyson Pkwy. Suite 100
Plano, TX 75024

Mike Fowler Pipkin
Weinstein Radcliff Pipkin LLP
8350 N. Central Expy, Suite 1550
Dallas, TX 75206

25-44602-MXM7                                    /s/ Chandra D. Pryor
                                                 Chandra D. Pryor