IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-44602-MXM7 |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | CHAPTER 7 |
| DEBTOR(S) | § | |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION | § | HEARING DATE: FEBRUARY 26, 2026 |
| MOVANT | § | |
| VS | § | HEARING TIME: 9:30 A.M. |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | |
| AND MARILYN GARNER, TRUSTEE | | |
| RESPONDENTS | | |

**NOTICE OF HEARING**

The Motion for Relief from Stay filed by U.S. Bank National Association (hereinafter collectively referred to as "Movant"), in the above-referenced case is set for hearing. Notice is hereby given that Movant's Motion for Relief from Automatic Stay filed in the above-referenced matter is set for hearing on February 26, 2026 at 9:30 a.m. before the Honorable Judge Mark X. Mullin, Room 128, U. S. Courthouse, 501 West Tenth Street, Fort Worth, Texas, 76102-3643.  The initial hearing will be telephonic. Parties in interest must consult Judge Mullin's procedures available on the court's website at https://us-courts.webex.com/meet/mullin for dialing instructions.

    Respectfully submitted,
    Bonial & Associates, P.C.


/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for U.S. Bank National Association

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 28th day of January 2026:

Debtor          *Via U.S. Mail*
Jonathan David Gaspard
1532 Tiffany Forest Ln
Grapevine, TX 76051

Debtor          *Via U.S. Mail*
Laura Oglesby Gaspard
1532 Tiffany Forest Ln
Grapevine, TX 76051

Debtor's Attorney
Clayton Everett
515 E. Border St., Ste 163
Arlington, TX  76010

Chapter 7 Trustee
Marilyn Garner
2001 E. Lamar Blvd., Suite 200
Arlington, Texas 76006

US Trustee
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Richard J. Wallace, III
Scheef & Stone, L.L.P.
500 North Akard
Lincoln Plaza, Suite 2700
Dallas, TX 75201

James Ewing
Dry Law PLLC
909 18th Street
Plano, TX 75074

Trenita Jackson Stewart
Miller, George & Suggs, PLLC
6080 Tennyson Pkwy. Suite 100
Plano, TX 75024

Mike Fowler Pipkin
Weinstein Radcliff Pipkin LLP
8350 N. Central Expy, Suite 1550
Dallas, TX 75206

25-44602-MXM7

                                              /s/ Chandra D. Pryor
                                              Hilary B. Bonial
                                              Chandra D. Pryor