Page 1 of 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:                                                                                           Bankr. Case No. 25-44602-MXM-7

Jonathan David Gaspard and Laura Oglesby Gaspard                                                  Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:                                                                                                                                Bankr. Case No. 25-44602-MXM-7

Jonathan David Gaspard and Laura Oglesby Gaspard                                                           Chapter 7
     Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on January 26, 2026 :

Clayton Everett                                                          Marilyn Garner
515 E. Border St.                                                 2001 E. Lamar Blvd
Ste 163                                                                        Suite 200
76010                                                                          Arlington, TX 76006
Arlington, TX 76010

                                                                                                  By /s/ Mandy Youngblood
                                                                                                    Mandy Youngblood

xxxxx43598 / 1124093