

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 9, 2026**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 25-44602-MXM7 |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | CHAPTER 7 |
| DEBTOR(S) | § § | |
| U.S. BANK NATIONAL ASSOCIATION | § | HEARING DATE: FEBRUARY 26, 2026 |
| MOVANT | § | |
| VS | § | HEARING TIME: 9:30 AM |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | |
| AND MARILYN GARNER, TRUSTEE | § | |
| RESPONDENTS | § | |

## ORDER TERMINATING STAY

The Court finds that Movant, U.S. Bank National Association (hereinafter collectively referred to as "Movant"), a secured creditor in this matter, has filed a Motion for Relief from Stay of Act Against Property ("Motion") concerning the collateral described as 2021 JAYCO 31F REDHAWK, VIN: 1FDXE4FN5MDC22425 (the "Collateral"); that all required notices of the motion and the hearing thereon have been properly served; that no responses or objections to the Motion have been filed; and that cause exists for termination of the 11 USC §362(a) stay with respect to the Property.

IT IS THEREFORE ORDERED THAT the 11 USC §362(a) stay as to Movant, its successors and/or assigns, is hereby TERMINATED, and Movant, regarding the Collateral.

### END OF ORDER ###

Bonial & Associates, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for U.S. Bank National Association