

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 9, 2026

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-44602-MXM7 |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | CHAPTER 7 |
| DEBTOR(S) | § | |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION | § | HEARING DATE: FEBRUARY 26, 2026 |
| MOVANT | § | |
| VS | § | HEARING TIME: 9:30 AM |
| JONATHAN DAVID GASPARD | § | |
| LAURA OGLESBY GASPARD | § | |
| AND MARILYN GARNER, TRUSTEE | § | |
| RESPONDENTS | § | |

## ORDER TERMINATING STAY

The Court finds that Movant, U.S. Bank National Association (hereinafter collectively referred to as "Movant"), a secured creditor in this matter, has filed a Motion for Relief from Stay of Act Against Property ("Motion") concerning the collateral described as 2021 JAYCO 31F REDHAWK, VIN: 1FDXE4FN5MDC22425 (the "Collateral"); that all required notices of the motion and the hearing thereon have been properly served; that no responses or objections to the Motion have been filed; and that cause exists for termination of the 11 USC §362(a) stay with respect to the Property.

IT IS THEREFORE ORDERED THAT the 11 USC §362(a) stay as to Movant, its successors and/or assigns, is hereby TERMINATED, and Movant, regarding the Collateral.

### END OF ORDER ###

Bonial & Associates, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for U.S. Bank National Association

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-44602-mxm |
| Jonathan David Gaspard | Chapter 7 |
| Laura Oglesby Gaspard | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf012 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan David Gaspard, Laura Oglesby Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| cr | + | Gulfside Supply, Inc. dba Gulfeagle Supply, Robert L. Eden, Matthews Shiels Knott, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2026 21:34:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: accountresolutions@eecu.org | Mar 09 2026 21:34:00 | EECU, ATTN: Bankruptcy, PO BOX 1777, Fort Worth, TX 76101-1777 |
| cr | + | Email/Text: richard.wallace@solidcounsel.com | Mar 09 2026 21:34:00 | Equipment Depot Texas, Inc., c/o Richard J. Wallace, III, Scheef & Stone LLP, 500 N. Akard, Ste. 2700, Dallas, TX 75201-3306 |
| cr | ^ | MEBN | Mar 09 2026 21:33:11 | TH MSR HOLDINGS LLC, c/o MILLER, GEORGE & SUGGS, PLLC, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Mar 09 2026 21:33:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Alvin Q. Malone | on behalf of Plaintiff Suneel Menon al@maloneattorney.com LawOfficesofAlMalonePLLC@jubileebk.net |
| Chandra Dianne Pryor | on behalf of Creditor U.S. Bank National Association Chandra.Pryor@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Clayton Everett | on behalf of Debtor Jonathan David Gaspard clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Joint Debtor Laura Oglesby Gaspard clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David L. Pritchard | on behalf of Creditor EECU david@dlplegal.com pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net |
| Hannah Ackley | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust hannah.ackley@padgettlawgroup.com, BKecf@padgettlawgroup.com |
| James Ewing | on behalf of Creditor International Fidelity Insurance Company jewing@drylaw.com |
| James Ewing | on behalf of Creditor Harco National Insurance Company jewing@drylaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Mike Fowler Pipkin | on behalf of Creditor West Bend Mutual Insurance Company mpipkin@weinrad.com scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com |
| Richard J. Wallace, III | on behalf of Creditor Equipment Depot Texas Inc. richard.wallace@solidcounsel.com |
| Robert Lee Eden | on behalf of Creditor Gulfside Supply Inc. dba Gulfeagle Supply reden@mssattorneys.com |
| Trenita Jackson Stewart | on behalf of Creditor TH MSR HOLDINGS LLC tjstewart@mgs-legal.com bankruptcy@mgs-legal.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 14