**Filed by:**

**James Ewing**
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
*jewing@drylaw.com*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **BANKRUPTCY CASE** |
| **JONATHAN DAVID GASPARD AND** | ) | **25-44602-MXM7** |
| **LAURA OGLESBY GASPARD** | ) | |
| **DEBTOR(S)** | ) | |
| | ) | |
| | ) | **CHAPTER 7** |

### NOTICE OF HEARING ON HARCO NATIONAL INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED AGAINST NON-DEBTORS

The Motion for Relief from Stay filed by Harco National Insurance Company (hereinafter collectively referred to as the "Surety"), in the above-referenced case is set for hearing. Notice is hereby given that the Surety's Motion for Relief from Automatic Stay filed in the above-referenced matter is set for hearing on April 9, 2026 at 9:30 AM before the Honorable Judge of said court, Room 128, U. S. Courthouse, 501 West Tenth Street, Fort Worth, Texas, 76102-3643. The initial hearing will be telephonic. Parties in interest must consult Judge Mullin's procedures available on the court's website at https://us-courts.webex.com/meet/mullin for dialing instructions.

RESPECTFULLY SUBMITTED this 19th day of March 2026.

/s/ James D. Ewing
James D. Ewing
Texas State Bar No. 24110821
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
jewing@drylaw.com

***ATTORNEY FOR HARCO NATIONAL INSURANCE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, a true and correct copy of the foregoing Harco National Insurance Company's Motion for Relief from the Automatic Stay was served as follows:

**David L. Pritchard**
1244 Southridge Court Suite 102
Hurst, TX 76053
(817) 285-8017
(817) 285-0224 (fax)
david@dlplegal.com

**COUNSEL FOR AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL AND EECU**

**Richard J. Wallace, III**
Scheef & Stone, L.L.P.
500 North Akard
Lincoln Plaza, Suite 2700
Dallas, TX 75201
214-706-4200
214-706-4242 (fax)
richard.wallace@solidcounsel.com

**COUNSEL FOR EQUIPMENT DEPOT TEXAS, INC.**

**Clayton Everett**
515 E. Border St.
Ste 163
76010
Arlington, TX 76010
817-704-3984
clayton@norredlaw.com

**COUNSEL FOR JONATHAN DAVID GASPARD AND LAURA OGLESBY GASPARD**

**Trenita Jackson Stewart**
Tromberg, Miller, Morris & Partners, PLLC
6080 Tennyson Pkwy
Ste. 100
Plano, TX 75024

**Richard J. Wallace, III**
Scheef & Stone, L.L.P.
500 North Akard
Lincoln Plaza, Suite 2700
Dallas, TX 75201
214-706-4200
214-706-4242 (fax)
richard.wallace@solidcounsel.com

**COUNSEL FOR EQUIPMENT DEPOT TEXAS, INC.**

**Marilyn Garner**
Law Offices of Marilyn D. Garner
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006
(817) 505-1499
(817) 549-7200 (fax)
mgarner@marilyndgarner.net

**TRUSTEE**

**Robert Lee Eden**
Matthews, Steins, Shiels, et al
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
(972) 234-3400
(972) 234-1750 (fax)
reden@mssattorneys.com

**COUNSEL FOR GULFSIDE SUPPLY, INC. DBA GULFEAGLE SUPPLY**

**Chandra Dianne Pryor**
Bonial & Associates PC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
(972) 643-6629

972-532-0128
tjstewart@mgs-legal.com

**COUNSEL FOR TH MSR HOLDINGS LLC**

**Hannah Ackley**
Padgett Law Group
6267 Old Water Oak Road
Ste 203
Tallahassee, FL 32312
850-422-2520
hannah.ackley@padgettlawgroup.com

**COUNSEL FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR TREATY OAK MORTGAGE TRUST**

**Mike Fowler Pipkin**
Weinstein Radcliff Pipkin LLP
8350 N. Central Expy
Suite 1550
Dallas, TX 75206
(214) 865-7012
(214) 865-6140 (fax)
mpipkin@weinrad.com

**COUNSEL FOR WEST BEND MUTUAL INSURANCE COMPANY**

(972) 499-8777 (fax)
Chandra.Pryor@BonialPC.com

**U.S. Bank National Association**

**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967
ustpregion06.da.ecf@usdoj.gov

**UNITED STATES TRUSTEE**

*/s/ James D. Ewing*
James D. Ewing