Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

|  |  |
|---|---|
| In re:<br>Jonathan David Gaspard and<br>Laura Oglesby Gaspard,<br><br>Debtors. | Case No. 25-44602-mxm7<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7*

*Bankruptcy Case* (Dkt.6) was served on March 26, 2026, via USPS First-Class Mail to Texas First

Rentals, LLC and Zachary J. Fanucchi at the following addresses:

Texas First Rentals, LLC
5665 SE Loop 410
San Antonio, TX 78222

Zachary J. Fanucchi
700 North Saint Mary's St., Ste. 1825
San Antonio, TX 78205

> Respectfully submitted,
>
> Norred Law, PLLC
> By: /s/ Clayton L. Everett
> Clayton L. Everett
> Texas State Bar No. 24065212
> clayton@norredlaw.com
> 515 E. Border Street
> Arlington, Texas 76010
> Telephone: (817)704-3984
> Counsel for Debtors