IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:                                                  )        Chapter 7
                                                        )
GASPARD & MENON                                         )
CONSTRUCTION, LLC D/B/A                                 )        CASE NO.25-44602-mxm7
RESTORATION ROOFING AND                                )
JONATHAN GASPARD,                                       )
            Debtors.                                    )
                                                        )

### NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Bankruptcy Rules 2002 and 9010, TEXAS FIRST RENTALS, LLC, a creditor

and party in interest, enters its appearance in this case by and through the undersigned attorney,

and requests that it receive notices in this case as follows:

> Zachary J. Fanucchi
> *zfanucchi@ccfflegal.com*
> Brad S. Akin
> *Bakin@ccfflegal.com*
> Caldwell Clark Fanucchi & Finlayson PLLC
> 700 N. St. Mary's Street, Suite 1825
> San Antonio, Texas 78205

The foregoing requests notice of all meetings, hearings, motions, applications, pleadings,

complaints, memoranda, briefs or trials which are brought before the Court in the case, including, but not

limited to, CONTESTED and NON-CONTESTED matters and ADVERSARY PROCEEDINGS.

Dated: March 31, 2026.

**CALDWELL CLARK FANUCCHI & FINLAYSON PLLC**
700 North St. Mary's Street, Suite 1825
San Antonio, Texas 78205
Telephone: (210) 225-1655
Facsimile:  (210) 225-8999

By: ___/s/ *Zachary J. Fanucchi*_____

ZACHARY J. FANUCCHI
State Bar No. 24028548
*zfanucchi@ccfflegal.com*


BRAD S. AKIN
State Bar No. 00786964
bakin@ccfflegal.com
*ATTORNEYS FOR TEXAS FIRST RENTALS, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **31st** day of **March, 2026**, a true and correct copy of the foregoing was served on the persons listed on thae attached mailing matrix, through the court's electronic notification system or via U.S. First Class Mail.


__/s/ *Zachary J. Fanucchi*___
ZACHARY J. FANUCCHI