Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____

Case number   **25-44602-7**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

Total claim: **unknown**   Priority amount: **unknown**   Nonpriority amount: **unknown**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* __25-44602-7__ |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**   **ABC Supply Co., Inc.**                                                                                                        **$93,480.15**

Nonpriority Creditor's Name

**One ABC Parkway**

Number           Street

**Beloit, WI 53511**

City           State           ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**4.2**   **Allegheny Casualty Company**                                                                                              **unknown**

Nonpriority Creditor's Name

**1 Newark Ctr Fl 20**

Number           Street

**Newark, NJ 07102**

City           State           ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   **10/2023**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
☑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UCC Filing Number 230045505882**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3**

**Ally**
Nonpriority Creditor's Name

**PO Box 380902**
Number          Street

**Minneapolis, MN 55438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Deficiency Claim**

**$22,561.08**

**4.4**

**American Interstate Insurance Company**
Nonpriority Creditor's Name

**2301 Highway 190 West**
Number          Street

**Deridder, LA 70634**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Lawsuit**

**$60,277.12**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.5**

| **Amex** | Last 4 digits of account number    **4   2   3   3** | **$54,743.00** |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 650448**

Number          Street

**When was the debt incurred?        6/1/2022**

**Dallas, TX 75265**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.6**

| **Amrize** | Last 4 digits of account number    **2   8   4   4** | **$550,639.39** |
|---|---|---|

Nonpriority Creditor's Name

**26 Century Blvd. Suite 205**

Number          Street

**When was the debt incurred?**

**Nashville, TN 37214**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Other Debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7** **Arjun Mehra Kukreja**

Nonpriority Creditor's Name

**345 W 58th Street Apt. 5N**

Number          Street

**New York, NY 10019**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?**          **08/2024**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Possible Loan Guaranty**

**Total claim: $187,397.00**

---

**4.8** **Barclays Bank**

Nonpriority Creditor's Name

**PO Box 19899**

Number          Street

**Wilmington, DE 19899**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   1   6   5**

**When was the debt incurred?**          **01/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $27,501.51**

---

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.9**

**Baylor Scott & White- Grapevine**
Nonpriority Creditor's Name

**1650 West College St.**
Number          Street

**Grapevine, TX 76051**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **2  1  0  6**

**When was the debt incurred?**  **06/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**$1,011.95**

**4.10**

**Black Hills Energy**
Nonpriority Creditor's Name

**PO Box 7966**
Number          Street

**Carol Stream, IL 60197**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1  0  3  0**

**When was the debt incurred?**  **07/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Account**

**$111.63**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.11**

**Blue Elephant Specialty Finance Fund, LP**
Nonpriority Creditor's Name

**3 West Main Street Suite 301**
Number          Street

**Irvington, NY 10533**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Lawsuit**

**Total claim: unknown**

**4.12**

**Capital One**
Nonpriority Creditor's Name

**PO Box 60519**
Number          Street

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 1 0 4

**When was the debt incurred?** **04/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**Total claim: $191.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | | | Case number *(if known)* **25-44602-7** |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| | First Name | Middle Name | Last Name |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.13** **Capital One**

Nonpriority Creditor's Name

**PO Box 30281**

Number        Street

**Salt Lake City, UT 84130**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **0   3   3   2**

**When was the debt incurred?**        **9/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

**$24,529.00**

**4.14** **Century Integrated Partners, Inc.**

Nonpriority Creditor's Name

**PO Box 844409**

Number        Street

**Dallas, TX 75284**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **7   4   3   0**

**When was the debt incurred?**        **06/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Debt**

**$597.60**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.15** **Chase - Consumer Credit Cards**

Nonpriority Creditor's Name

**PO Box 6294**

Number          Street

**Carol Stream, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **1   5   4**

**When was the debt incurred?**   **01/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $16,267.94**

---

**4.16** **Chase - Consumer Credit Cards**

Nonpriority Creditor's Name

**PO Box 6294**

Number          Street

**Carol Stream, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **4   4   8   6**

**When was the debt incurred?**   **01/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Total claim: $13,139.40**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **9** of **27**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | Case number *(if known)* | **25-44602-7** |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.17** **Chase Bank**
Nonpriority Creditor's Name

**Mail Code: OH4-7302 P.O. Box 24696**
Number          Street


**Columbus, OH 43224**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8** **4** **8**

**When was the debt incurred?**          **10/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$9,325.92**

**4.18** **Chase Bank - Business Card**
Nonpriority Creditor's Name
**PO Box 15145**
Number          Street


**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9** **3** **8** **8**

**When was the debt incurred?**          **01/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$24,668.75**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.19 Chase Card Services
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number          Street

**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7  5  7  5

**When was the debt incurred?**   8/1/2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

**$105,315.00**

### 4.20 Chase Card Services
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number          Street

**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0  1  5  4

**When was the debt incurred?**   4/1/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$16,601.00**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.21** **Chase Card Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**

Number        Street

**Wilmington, DE 19850**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0  8  4  8          **$9,325.00**

**When was the debt incurred?**        **10/1/2007**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**4.22** **Citi Card Consumer Credit Cards**

Nonpriority Creditor's Name

**PO Box 6500**

Number        Street

**Sioux Falls, SD 57117**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8  9  4  7          **$43,371.11**

**When was the debt incurred?**        **01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.23 Citibank/Costco**

Nonpriority Creditor's Name

**PO Box 6500**

Number       Street

**Sioux Falls, SD 57117**

City       State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5   0   7   8**

**When was the debt incurred?**   **01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$14,807.39**

---

**4.24 City Of Saint Joseph Utility Billing**

Nonpriority Creditor's Name

**PO Box 411458**

Number       Street

**Kansas City, MO 64141**

City       State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2   8   1   3**

**When was the debt incurred?**   **06/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Account**

**$190.19**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.25 Cook Children's Physician Accts.

Nonpriority Creditor's Name

**PO Box 2209**

Number          Street

**Addison, TX 75001**

City          State          ZIP Code

**Last 4 digits of account number**   **7  8  2  1**

**When was the debt incurred?**   **09/11/2025**

**$3,187.33**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

### 4.26 Credit Collection Services

Nonpriority Creditor's Name

**PO Box 607**

Number          Street

**Northwood, MA 2062**

City          State          ZIP Code

**Last 4 digits of account number**   **9  8  9  2**

**When was the debt incurred?**   **08/2025**

**$32.97**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.27** **Equipment Depot Texas, Inc. dba Equipment Depot**                                                                                   **$67,840.56**
Nonpriority Creditor's Name

**Last 4 digits of account number** __ __ __ __

**2121 W. Sam Houston Parkway N.**
Number          Street

**When was the debt incurred?** _____

**Houston, TX 77043**
City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.28** **GM Financial**                                                                                   **$55,132.28**
Nonpriority Creditor's Name

**Last 4 digits of account number** __ __ __ __

**4001 Embarcadero Drive**
Number          Street

**When was the debt incurred?** _____

**Arlington, TX 76014**
City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Vehicle Repossessed**

**Is the claim subject to offset?**
☑ No
❏ Yes

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.29**  **Gulfside Supply, Inc.**

Nonpriority Creditor's Name

**2900 E 7th Ave Ste 200**

Number          Street

**Tampa, FL 33605**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

**Total claim: $29,031.27**

**4.30**  **Harco National Insurance Company**

Nonpriority Creditor's Name

**1 Newark Ctr Fl 20**

Number          Street

**Newark, NJ 07102**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

**Total claim: $9,000,000.00**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.31** **Libertas Funding, LLC**

Nonpriority Creditor's Name

**411 West Putnam Ave. Ste. 220**

Number          Street

**Greenwich, CT 06830**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**$1,817,801.75**

**4.32** **Marlin Leasing**

Nonpriority Creditor's Name

**300 Fellowship Rd**

Number          Street

**Mount Laurel, NJ 08054**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Leased Vehicles**

**$58,989.15**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|----------|--------------|-----------|-------------|------------------------------------------|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.33** **Metal Roofing Systems**

Nonpriority Creditor's Name

**7687 Mikron Dr, Stanley**

Number          Street

**Stanley, NC 28164**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Vendor**

**Total claim: unknown**

---

**4.34** **NTTA**

Nonpriority Creditor's Name

**PO Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** **07/28/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Other Debt**

**Total claim: $70.86**

---

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page **18** of **27**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.35**

**Pennington County Treasurer**
Nonpriority Creditor's Name

**PO Box 6160**
Number          Street

**Rapid City, SD 57709**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

**Total claim: $12,000.00**

**4.36**

**QXO Inc. d/b/a Beacon Building Products**
Nonpriority Creditor's Name

**Five American Lane**
Number          Street

**Greenwich, CT 06831**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Lawsuit**

**Total claim: $25,000.00**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.37** **Rapid City Utility Billing Office**

Nonpriority Creditor's Name

**300 6th Street**

Number          Street

**Rapid City, SD 57701**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **1**   **0**

**When was the debt incurred?**          **01/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Account**

**$1,193.47**

**4.38** **Rapid City Utility Billing Office**

Nonpriority Creditor's Name

**300 6th Street**

Number          Street

**Rapid City, SD 57701**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **0**   **0**   **1**   **0**

**When was the debt incurred?**          **10/29/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**$1,764.52**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | Case number *(if known)* | **25-44602-7** |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.39 Rapid City Utility Billing Office**
Nonpriority Creditor's Name

**300 6th Street**
Number        Street

**Rapid City, SD 57701**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4  8  2  7**

**When was the debt incurred?**   **09/29/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other Debt**

**Total claim: $385.00**

**4.40 SBA - Small Business Administration**
Nonpriority Creditor's Name

**409 3rd St SW**
Number        Street

**Washington, DC 20416**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7  8  0  3**

**When was the debt incurred?**   **05/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other Debt**

**Total claim: $73,280.11**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.41  South Dakota Obligation Recovery Center**
Nonpriority Creditor's Name

**PO Box 85470**
Number          Street

**Sioux Falls, SD 57118**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   1   7   7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

**$24,963.67**

---

**4.42  Suneel Menon**
Nonpriority Creditor's Name

**6204 Pleasant Run Rd.**
Number          Street

**Colleyville, TX 76034**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Lawsuit**

**unknown**

---

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.43** **Texas First Rentals, LLC**
Nonpriority Creditor's Name

**5665 SE Loop 410**
Number        Street

**San Antonio, TX 78222**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   9   9   1**        $31,952.06

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Lawsuit**

---

**4.44** **Texas Heritage National Bank**
Nonpriority Creditor's Name

**PO Box W, 107 Webb St.**
Number        Street

**Daingerfield, TX 75638**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __        $1,100,000.00

**When was the debt incurred?**    **04/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Personally Guaranteed**

| Debtor 1 | Jonathan | David | Gaspard | Case number *(if known)* 25-44602-7 |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.45** **West Bend Mutual Insurance Company**
Nonpriority Creditor's Name

**1900 s 18th Ave**
Number          Street

**West Bend, WI 53095**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**          **03/2025**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UCC Filing Number 250012332583**

Total claim: **unknown**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.**

**Harco National Insurance Company**
Name

**1 Newark Ctr Fl 20**
Number     Street

**Newark, NJ 07102**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**2.**

**International Fidelity Insurance Company**
Name

**1 Newark Ctr Fl 20**
Number     Street

**Newark, NJ 07102**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**3.**

**Iat Insurance Group, Inc.**
Name

**1 Newark Ctr Fl 20**
Number     Street

**Newark, NJ 07102**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**4.**

**Abbott Osborn Jacobs PLC**
Name

**974-73rd Street Suite 20**
Number     Street

**West Des Moines, IA 50265**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**5.**

**Safeco Insurance**
Name

**175 Berkeley Street**
Number     Street

**Boston, MA 02116**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **9   8   9   2**

**6.**

**Scheef & Stone, L.L.P.**
Name

**500 North Akard Suite 2700**
Number     Street

**Dallas, TX 75201**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**7.** **International Fidelity Insurance Company**

Name

**1 Newark Ctr Fl 20**

Number          Street

**Newark, NJ 07102**

City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**8.** **Fanucchi, Zachary J.**

Name

**700 North Saint Mary's Street Suite 1825**

Number          Street

**San Antonio, TX 78205**

City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.43** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**9.** **John Bryan**

Name

**107 Webb St.**

Number          Street

**Daingerfield, TX 75638**

City                          State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.44** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | Case number *(if known)* | **25-44602-7** |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
**Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $13,578,677.13 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $13,578,677.13 |

Official Form 106E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page __27__ of __27__

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:          **Northern District of Texas**

Case number          **25-44602-7**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......................................................... | **$783,218.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | **$325,282.72** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................... | **$1,108,500.72** |

### Part 2:  Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$730,727.91** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+   $13,578,677.13** |
| **Your total liabilities** | **$14,309,405.04** |

### Part 3:  Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | **$7,225.85** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | **$7,169.73** |

| Debtor 1 | **Jonathan** | **David** | **Gaspard** | | Case number *(if known)* **25-44602-7** |
|---|---|---|---|---|---|
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jonathan** | **David** | **Gaspard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Laura** | **Oglesby** | **Gaspard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number     **25-44602-7**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____
Jonathan David Gaspard, Debtor 1

Date **04/10/2026**
　　MM/ DD/ YYYY

X *Laura Gaspard*
Laura Oglesby Gaspard, Debtor 2

Date **04/10/2026**
　　MM/ DD/ YYYY