

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 16, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **BANKRUPTCY CASE** |
| **JONATHAN DAVID GASPARD AND** | ) | **25-44602-MXM7** |
| **LAURA OGLESBY GASPARD** | ) | |
| **DEBTOR(S)** | ) | |
| | ) | |
| | ) | **CHAPTER 7** |

## ORDER GRANTING HARCO NATIONAL INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED AGAINST NON-DEBTORS

CAME ON FOR CONSIDERATION Harco National Insurance Company's ("Surety") Motion for Relief from the Automatic Stay to Proceed Against Non-Debtors [Dkt. No. 39] (the "Motion"). The Court having reviewed the Motion and having heard arguments of counsel is of the opinion that the Motion is well founded and should be Granted to the extent of the provisions of this Order. It is Accordingly,

ORDERED that the automatic stay under 11 U.S.C. § 362(a) does not apply to the Non-Debtor Defendants in the District Court Action styled *Harco National Insurance Company v.*

*Gaspard & Menon Construction, LLC, et al.*, Civil Action No. 4:24-CV-01134-O (N.D. Tex.);

**IT IS FURTHER ORDERED** that relief from the automatic stay is granted for cause under 11 U.S.C. § 362(d)(1) to permit the Surety to proceed in the District Court Action against the Non-Debtor Defendants, specifically Gaspard & Menon Construction, LLC; Gaspard and Morgan Construction, LLC dba Restoration Roofing; Gaspard Properties, LLC; Gaspard Roofing, LLC; and Sedmore Properties, LLC, for all purposes, including without limitation the filing of supplemental attorneys' fees briefing, the entry of a final judgment, and the enforcement and collection of any such judgment from the Non-Debtor Defendants' assets;

IT IS FURTHER ORDERED that the 14-day stay contemplated by Bankruptcy Rule 4001(a)(3) is waived and the terms and conditions of this Order are immediately effective and enforceable upon its entry.

IT IS FURTHER ORDERED that Surety be granted such further and related relief related to implementation of this Order as is just and proper and that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

# # # END OF ORDER # # #

Prepared and Submitted by:

*/s/ James D. Ewing*
James D. Ewing
Texas State Bar No. 24110821
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
jewing@drylaw.com

***ATTORNEY FOR HARCO NATIONAL INSURANCE COMPANY***