United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-44602-mxm |
| Jonathan David Gaspard | Chapter 7 |
| Laura Oglesby Gaspard | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 17, 2026 | Form ID: pdf012 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan David Gaspard, Laura Oglesby Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| cr | + | Gulfside Supply, Inc. dba Gulfeagle Supply, Robert L. Eden, Matthews Shiels Knott, 8131 LBJ Freeway, Suite 700, Dallas, TX 75251-1352 |
| cr | + | Texas First Rentals, LLC, c/o Brad S. Akin, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, Suite 1825 San Antonio, TX 78205-3545 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 17 2026 21:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: accountresolutions@eecu.org | Apr 17 2026 21:28:00 | EECU, ATTN: Bankruptcy, PO BOX 1777, Fort Worth, TX 76101-1777 |
| cr | + | Email/Text: richard.wallace@solidcounsel.com | Apr 17 2026 21:28:00 | Equipment Depot Texas, Inc., c/o Richard J. Wallace, III, Scheef & Stone LLP, 500 N. Akard, Ste. 2700, Dallas, TX 75201-3306 |
| cr | ^ | MEBN | Apr 17 2026 21:25:44 | TH MSR HOLDINGS LLC, c/o MILLER, GEORGE & SUGGS, PLLC, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Apr 17 2026 21:28:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2026 | Form ID: pdf012 | Total Noticed: 8 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026               Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Alvin Q. Malone
on behalf of Plaintiff Suneel Menon al@maloneattorney.com  LawOfficesofAlMalonePLLC@jubileebk.net

Chandra Dianne Pryor
on behalf of Creditor U.S. Bank National Association Chandra.Pryor@BonialPC.com  Notices.Bonial@ecf.courtdrive.com

Clayton Everett
on behalf of Debtor Jonathan David Gaspard clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
on behalf of Defendant Jonathan David Gaspard clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
on behalf of Joint Debtor Laura Oglesby Gaspard clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David L. Pritchard
on behalf of Creditor EECU david@dlplegal.com  pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net

Hannah Ackley
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust hannah.ackley@padgettlawgroup.com, BKecf@padgettlawgroup.com

James Ewing
on behalf of Creditor International Fidelity Insurance Company jewing@drylaw.com  filings@drylaw.com

James Ewing
on behalf of Creditor Harco National Insurance Company jewing@drylaw.com  filings@drylaw.com

Marilyn Garner
mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net

Mike Fowler Pipkin
on behalf of Creditor West Bend Mutual Insurance Company mpipkin@weinrad.com
scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com

Richard J. Wallace, III
on behalf of Creditor Equipment Depot Texas  Inc. richard.wallace@solidcounsel.com

Robert Lee Eden
on behalf of Creditor Gulfside Supply  Inc. dba Gulfeagle Supply reden@mssattorneys.com

Trenita Jackson Stewart
on behalf of Creditor TH MSR HOLDINGS LLC tjstewart@mgs-legal.com  bankruptcy@mgs-legal.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Zachary Fanucchi
on behalf of Creditor Texas First Rentals  LLC zfanucchi@ccfflegal.com, agarcia@ccfflegal.com;bakin@ccfflegal.com

TOTAL: 16



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 16, 2026**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| JONATHAN DAVID GASPARD AND | ) | 25-44602-MXM7 |
| LAURA OGLESBY GASPARD | ) |  |
| DEBTOR(S) | ) |  |
|  | ) |  |
|  | ) | CHAPTER 7 |

**ORDER GRANTING HARCO NATIONAL INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED AGAINST NON-DEBTORS**

CAME ON FOR CONSIDERATION Harco National Insurance Company's ("Surety")

Motion for Relief from the Automatic Stay to Proceed Against Non-Debtors [Dkt. No. 39] (the

"Motion"). The Court having reviewed the Motion and having heard arguments of counsel is of the

opinion that the Motion is well founded and should be Granted to the extent of the provisions of

this Order. It is Accordingly,

ORDERED that the automatic stay under 11 U.S.C. § 362(a) does not apply to the Non-

Debtor Defendants in the District Court Action styled *Harco National Insurance Company v.*

---

*Gaspard & Menon Construction, LLC, et al.*, Civil Action No. 4:24-CV-01134-O (N.D. Tex.);

**IT IS FURTHER ORDERED** that relief from the automatic stay is granted for cause under 11 U.S.C. § 362(d)(1) to permit the Surety to proceed in the District Court Action against the Non-Debtor Defendants, specifically Gaspard & Menon Construction, LLC; Gaspard and Morgan Construction, LLC dba Restoration Roofing; Gaspard Properties, LLC; Gaspard Roofing, LLC; and Sedmore Properties, LLC, for all purposes, including without limitation the filing of supplemental attorneys' fees briefing, the entry of a final judgment, and the enforcement and collection of any such judgment from the Non-Debtor Defendants' assets;

IT IS FURTHER ORDERED that the 14-day stay contemplated by Bankruptcy Rule 4001(a)(3) is waived and the terms and conditions of this Order are immediately effective and enforceable upon its entry.

IT IS FURTHER ORDERED that Surety be granted such further and related relief related to implementation of this Order as is just and proper and that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

# # # END OF ORDER # # #

Prepared and Submitted by:

*/s/ James D. Ewing*
James D. Ewing
Texas State Bar No. 24110821
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
jewing@drylaw.com

***ATTORNEY FOR HARCO NATIONAL INSURANCE COMPANY***