Case 25-44602-mxm7   Doc 51   Filed 07/30/26   Entered 07/30/26 17:38:47   Desc Main
Document   Page 1 of 4

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 25-44602 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Jonathan David Gaspard | | | | Date Filed (f) or Converted (c): | 11/25/2025 (f) |
| | Laura Oglesby Gaspard | | | | 341(a) Meeting Date: | 12/30/2025 |
| For Period Ending: | 06/30/2026 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Home 1532 Tiffany Forest Ln Grapevine, Tx 76051 Tarrant | 516,718.00 | 416,522.81 | | 0.00 | FA |
| 2. Non-Primary Residence 1019 Herman Street Rapid City, Sd 57701 Pennington | 266,500.00 | 266,500.00 | | 0.00 | FA |
| 3. 2019 Land Rover Range Rover Mileage: 72,814 Source Of Value: Nada Valuation By Nada Vin: Salgs5re6ka535831 | 39,660.00 | 0.00 | | 0.00 | FA |
| 4. 2023 Lincoln Aviator Mileage: 35,656 Source Of Value: Nada Valuation By Nada Vin: 5Lm5j7xc9pgl01517 | 48,478.00 | 0.00 | | 0.00 | FA |
| 5. 2021 Jayco 31F Redhawk  Source Of Value: Nada Valuation By Nada Vin: 1Fdxe4fn5mdc22425 | 67,200.00 | 67,200.00 | | 0.00 | FA |
| 6. Sectional Sofa, Loveseats, Armchairs, Coffee/End Tables, Lamps, Rugs, Décor,, Entertainment Consoles, Farmhouse Table & Chairs (8), Buffet/Sideboard,, Barstools (4), Beds, Dressers, Nightstands, Lamps, Linens, Baby Bassinet, Desk,, Computer Chair, Filing C | 7,500.00 | 0.00 | | 0.00 | FA |
| 7. Flat-Screen Televisions (3), Laptops (2), Computer, Printer, Record Player, Console, Misc. Small Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 8. Books, Prints, Knick-Knacks | 200.00 | 0.00 | | 0.00 | FA |
| 9. Bowflex Adjustable Dumbbells & Stand, Extra Dumbbells, Mats, Yoga Gear, Bicycles (Adult & Kids), Camping Gear (Tents & Packs), Pool Toys &, Accessories | 650.00 | 0.00 | | 0.00 | FA |
| 10. Ruger Lc9s (9Mm Pistol), Smith & Wesson Bodyguard .380, Ammo, Taurus Slim 9Mm, 12-Gauge Shotgun | 725.00 | 325.00 | | 0.00 | FA |
| 11. Clothing, Shoes, Accessories | 700.00 | 0.00 | | 0.00 | FA |
| 12. Wedding Rings, Bracelets, Minimal Value Watches, Costume Jewelry, Adapearl, Necklace, Everyday Jewelry | 4,000.00 | 0.00 | | 0.00 | FA |

Case 25-44602-mxm7  Doc 51  Filed 07/30/26  Entered 07/30/26 17:38:47  Desc Main
Document Page 2 of 4

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-44602 | | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|---|

Case Name:  Jonathan David Gaspard

Laura Oglesby Gaspard

For Period Ending:  06/30/2026

Date Filed (f) or Converted (c):  11/25/2025 (f)

341(a) Meeting Date:  12/30/2025

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 13. Musical Instruments (Professional Musician Income): Tobias Growler Bass, (1990S), Skjold Custom 5-String Bass, Digital Keyboard, Acoustic Guitar, Construction Tools (Roofing/Carpentry): Skill Saw, Reciprocating Saw, Wet Saw,, Collapsible Table Saw, Cordles | 2,100.00 | 0.00 | | 0.00 | FA |
| 14. Cash | 40.00 | 40.00 | | 0.00 | FA |
| 15. Chase<br>Account Number: 8583 | 1,308.03 | 1,308.03 | | 0.00 | FA |
| 16. Chase<br>Account Number: 0043 | 250.95 | 250.95 | | 0.00 | FA |
| 17. Chase<br>Account Number: 4083 | 378.06 | 378.06 | | 0.00 | FA |
| 18. Texas Security Bank<br>Account Number: 4827 | 160.00 | 160.00 | | 0.00 | FA |
| 19. Chase<br>Account Number: 2712 | 0.01 | 0.01 | | 0.00 | FA |
| 20. Chase<br>Account Number: 3887 | 921.11 | 921.11 | | 0.00 | FA |
| 21. Hsa Bank | 407.40 | 407.40 | | 0.00 | FA |
| 22. Coinbase<br>Account Number: 0000 | 1.70 | 1.70 | | 0.00 | FA |
| 23. Crypto<br>Account Number: 0000 | 89.63 | 89.63 | | 0.00 | FA |
| 24. Fundrise<br>Account Number: 0864 | 1,610.00 | 1,610.00 | | 0.00 | FA |
| 25. Oanda<br>Account Number: 3901 | 58.25 | 58.25 | | 0.00 | FA |
| 26. Robinhood<br>Account Number: 2189 | 1,808.35 | 1,808.35 | | 0.00 | FA |
| 27. Robinhood<br>Account Number: 1348 | 141.31 | 141.31 | | 0.00 | FA |
| 28. Trust<br>Account Number: 0000 | 18.50 | 18.50 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-44602 | MXM | Judge: | MARK X. MULLIN | | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Jonathan David Gaspard | | | | | Date Filed (f) or Converted (c): | 11/25/2025 (f) |
| | Laura Oglesby Gaspard | | | | | 341(a) Meeting Date: | 12/30/2025 |
| For Period Ending: | 06/30/2026 | | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. Cash App 1 - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 30. Cash App 2 - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 31. Paypal Account | 34.82 | 34.82 | | 0.00 | FA |
| 32. Venmo Account 1 | 0.12 | 0.12 | | 0.00 | FA |
| 33. Venmo Account 2 | 9.58 | 9.58 | | 0.00 | FA |
| 34. Chelmsford Nrh Llc (Defunct) | 0.00 | 0.00 | | 0.00 | FA |
| 35. Gaspard & Menon Construction Llc | 0.00 | 0.00 | | 0.00 | FA |
| 36. Gaspard Properties Llc | 0.00 | 0.00 | | 0.00 | FA |
| 37. Gaspard Roofing Llc (Defunct) | 0.00 | 0.00 | | 0.00 | FA |
| 38. Shadow Ridge Llc (Tx) | 0.00 | 0.00 | | 0.00 | FA |
| 39. Shadow Rock Llc (De) | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 40. Premier Ira | 0.00 | 0.00 | | 0.00 | FA |
| 41. Jdlo Revocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| 42. Inactive Real Estate License | 0.00 | 0.00 | | 0.00 | FA |
| 43. 2025 Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| 44. Massmutual - Whole Life Insurance (Policy No. 21105759) | 7,999.82 | 7,999.82 | | 0.00 | FA |
| 45. Massmutual - Whole Life Legacy 100 (Policy No. 21153112) | 4,895.79 | 4,895.79 | | 0.00 | FA |
| 46. Massmutual - Whole Life Legacy Hecv (Policy No. 22442438) | 36,860.05 | 36,860.05 | | 0.00 | FA |
| 47. Massmutual - Whole Life Legacy Hecv (Policy No. 22447210) | 37,925.22 | 37,925.22 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-44602 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |

| Case Name: | Jonathan David Gaspard | | | | Date Filed (f) or Converted (c): | 11/25/2025 (f) |
| | Laura Oglesby Gaspard | | | | 341(a) Meeting Date: | 12/30/2025 |
| For Period Ending: | 06/30/2026 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48.  Massmutual- Whole Life Legacy Hecv (Policy No. 22442445) | 57,201.02 | 57,201.02 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,108,500.72       $903,867.53       $0.00       $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Potential Estate asset (real estate in another state) has no equity; order terminating automatic stay entered 4/17/26. NDR to be filed.

Initial Projected Date of Final Report (TFR):       Current Projected Date of Final Report (TFR):

Trustee Signature:   /s/ Marilyn D. Garner, Trustee       Date: 07/30/2026

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817)505-1499
mgarner@marilyndgarner.net